| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:24-cv-00001 |
|---|---|---|---|

Space Exploration Technologies Corp.

*versus*

National Labor Relations Board, et al

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Michael E. Kenneally<br>Morgan Lewis & Bockius, LLP<br>1111 Pennsylvania Ave., N.W.<br>Washington, D.C.  20004-2541<br>(202) 739-3000<br>michael.kenneally@morganlewis.com<br>D.C. Bar 1025767, Massachusetts Bar 681945 |
| Name of party applicant seeks to appear for: | Space Exploration Technologies Corp. |

Has applicant been sanctioned by any bar association or court?   Yes _____   No __x__

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/5/2024 | Signed: /s/ Michael Kenneally |
|---|---|

The state bar reports that the applicant's status is:

| Dated: | Clerk's signature |
|---|---|

**Order**    **This lawyer is admitted *pro hac vice*.**

Dated: _____    _____
United States District Judge