| UNITED STATES DISTRICT COURT | SOUTHERN DISTRICT OF TEXAS |
|---|---|

## Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:24-cv-00001 |
|---|---|---|---|

Space Exploration Technologies Corp.

*versus*

National Labor Relations Board, et al

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Harry I. Johnson, III<br>Morgan Lewis & Bockius, LLP<br>2049 Century Park East, Suite 700<br>Los Angeles, CA  90067<br>(310) 907-1000, harry.johnson@morganlewis.com<br>California Bar 200257 |
|---|---|

| Name of party applicant seeks to appear for: | Space Exploration Technologies Corp |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes _____   No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated:   1/8/2024 | Signed: | /s/ Harry I. Johnson III |
|---|---|---|

The state bar reports that the applicant's status is: **Active**

| Dated: 1/9/2024 | Clerk's signature | _[signature]_ |
|---|---|---|

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____           _____
                                        United States District Judge