# EXHIBIT A

FORM NLRB-501
(3-21)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**CHARGE AGAINST EMPLOYER**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |

**INSTRUCTIONS:**
**File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.**

**1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT**

| a. Name of Employer | b. Tel. No. |
|---|---|
| Space Exploration Technologies Corp. | 202-649-2716 |

c. Cell No.
202-285-8834

f. Fax. No.

| d. Address *(Street, city, state, and ZIP code)* | e. Employer Representative | g. e-mail |
|---|---|---|
| One Rocket Road<br>Hawthorne, California 90250 | Christopher Cardaci<br>1030 15th Street N.W.<br>Washington, D.C. 20005 | Christopher.Cardaci@spacex.com |

h. Number of workers employed
9,500

| i. Type of Establishment *(factory, mine, wholesaler, etc.)* | j. Identify principal product or service |
|---|---|
| Office, manufacturing, and mission control | Designs, manufactures, and launches rockets and spacecraft |

The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and

(list subsections)   8(a)(1)                                                                    of the National Labor Relations Act, and these unfair labor

practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are practices affecting commerce within the

meaning of the Act and the Postal Reorganization Act.

**2. Basis of the Charge** *(set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)*

Paige Holland-Thielen brings this charge against her former employer, Space Exploration Technologies Corp. ("SpaceX"), which
committed an unfair labor practice when it fired her and eight other individuals for engaging in protected concerted activity at
work.

Please see attached Addendum for a concise statement of the facts.

**3. Full name of party filing charge** *(if labor organization, give full name, including local name and number)*
Paige Holland-Thielen

| 4a. Address *(Street and number, city, state, and ZIP code)* | 4b. Tel. No. |
|---|---|
| c/o Anne Shaver, Lieff Cabraser Heimann & Bernstein LLP<br>275 Battery Street, 29th Floor<br>San Fransisco, CA 94000<br><br>Laurie Burgess<br>Burgess Law Offices P.C.<br>498 Utah St., San Francisco, CA 94110 | 415-956-1000 |

4c. Cell No.

4d. Fax. No.

4e. e-mail
ashaver@lchb.com

**5. Full name of national or international labor organization of which it is an affiliate or constituent unit** *(to be filled in when charge is filed by a labor organization)*

| **6. DECLARATION**<br>I declare that I have read the above charge and that the statements<br>are true to the best of my knowledge and belief. | Tel. No.<br>415-956-1000 |
|---|---|
| *(signature of representative or person making charge)*          Paige Holland-Thielen<br>*(Print/type name and title or office, if any)* | Office, if any, Cell No. |
| | Fax No. |
| Address  275 Battery Street, 29th Floor, San Francisco CA 94111     Date  11/16/22 \| 8:58 AM PST | e-mail<br>ashaver@lchb.com |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**
**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq*. The principal use of the information is to
assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully
set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the
NLRB is voluntary; however, failure to supply the information may cause the NLRB to decline to invoke its processes.

## Addendum – NLRB Charge of Paige Holland-Thielen

In the past six months SpaceX has violated the NLRA by terminating employees for engaging in the core concerted protected activity of speaking up against SpaceX's failure and refusal to address the culture of sexism, harassment and discrimination that pervades the workplace via the permission granted such behavior by SpaceX management including its CEO Elon Musk and President Gwynne Shotwell.  SpaceX's unlawful conduct includes the following:

On June 15, 2022 Paige Holland-Thielen and co-workers sent an Open Letter to SpaceX's leadership protesting Musk's repeated conduct of issuing inappropriate, disparaging, sexually charged comments on Twitter – a platform that SpaceX specifically acknowledges as a formal source of news regarding SpaceX activities.  The Open Letter authors complained that Musk's statements (examples of which were attached to the Letter) permeated the workplace and created a hostile work environment.  The Open Letter authors called upon SpaceX to take appropriate remedial action including condemning Musk's harmful behavior, holding all leadership accountable for their actions and seeking uniform enforcement of SpaceX's "No Asshole" policy. The Open Letter that Paige Holland-Thielen co-authored and its appendices are attached hereto as **Exhibit A**.

On June 16, 2022, *immediately on the heels of engaging in this concerted protected activity*, SpaceX fired Ms. Holland-Thielen and four (4) other employees who participated in organizing to redress sexual harassment and discrimination in the workplace. SpaceX President Shotwell called the Open Letter "overreaching activism" and stated that SpaceX had "terminated a number of employees involved."  See **Exhibit B**.

After this initial wave of wrongful retaliatory terminations, over the next two months SpaceX continued its campaign of retaliation and intimidation by interrogating dozens of employees in private meetings and falsely telling them that the conversations were attorney-client privileged and could not be disclosed to anyone.  As a result of its unlawful coercive interrogations SpaceX terminated four (4) other employees in July and August in retaliation for their conduct of drafting and/or sharing the Open Letter with other SpaceX employees on internal company channels.

SpaceX engaged in the above unlawful conduct for the purpose of retaliating against employees for engaging in concerted protected activities and to discourage other employees from engaging in similar organizing activities protected under the NLRA.

FORM NLRB-501
(3-21)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**CHARGE AGAINST EMPLOYER**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

### 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| | |
|---|---|
| a. Name of Employer<br>Space Exploration Technologies Corp. | b. Tel. No.<br>202-649-2716 |
| | c. Cell No.<br>202-285-8834 |
| | f. Fax. No. |

| d. Address *(Street, city, state, and ZIP code)*<br>One Rocket Road<br>Hawthorne, California 90250 | e. Employer Representative<br>Christopher Cardaci<br>1030 15th Street N.W.<br>Washington, D.C. 20005 | g. e-mail<br>Christopher.Cardaci@spacex.com |
|---|---|---|
| | | h. Number of workers employed<br>9,500 |

| i. Type of Establishment *(factory, mine, wholesaler, etc.)*<br>Office, manufacturing, and mission control | j. Identify principal product or service<br>Designs, manufactures, and launches rockets and spacecraft |
|---|---|

The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and

(list subsections)  8(a)(1)  of the National Labor Relations Act, and these unfair labor

practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are practices affecting commerce within the

meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge *(set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)*

Tom Moline brings this charge against his former employer, Space Exploration Technologies Corp. ("SpaceX"), which committed an unfair labor practice when it fired Mr. Moline and eight other individuals for engaging in protected concerted activity at work.

Please see attached Addendum for a concise statement of the facts.

3. Full name of party filing charge *(if labor organization, give full name, including local name and number)*
Tom Moline

| 4a. Address *(Street and number, city, state, and ZIP code)*<br><br>c/o Anne Shaver<br>Lieff Cabraser Heimann & Bernstein, LLP<br>275 Battery Street, 29th Floor, San Francisco, CA 94111<br><br>Laurie Burgess<br>Burgess Law Offices P.C.<br>498 Utah St., San Francisco, CA 94110 | 4b. Tel. No.<br>415-956-1000 |
|---|---|
| | 4c. Cell No. |
| | 4d. Fax. No. |
| | 4e. e-mail<br>ashaver@lchb.com |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit *(to be filled in when charge is filed by a labor organization)*

| 6. DECLARATION<br>I declare that I have read the above charge and that the statements<br>are true to the best of my knowledge and belief. | Tel. No.<br>415-956-1000 |
|---|---|
| *Thomas Moline*<br>731E A6C31924D1... | Office, if any, Cell No. |
| *(signature of representative or person making charge)*   Tom Moline<br>*(Print/type name and title or office, if any)* | Fax No. |
| Address  275 Battery Street, 29th Floor, San Francisco, CA 94111   Date 11/15/22 \| 2:55 PM PST | e-mail<br>ashaver@lchb.com |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**
**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information may cause the NLRB to decline to invoke its processes.

DocuSign Envelope ID: 448A5E45-0B8E-4487-9A92-0775A8D206B6

# Addendum – NLRB Charge of Tom Moline

In the past six months SpaceX has violated the NLRA by terminating employees for engaging in the core concerted protected activity of speaking up against SpaceX's failure and refusal to address the culture of sexism, harassment and discrimination that pervades the workplace via the permission granted such behavior by SpaceX management including its CEO Elon Musk and President Gwynne Shotwell. SpaceX's unlawful conduct includes the following:

On June 15, 2022 employee Tom Moline and several co-workers sent an Open Letter to SpaceX's leadership protesting Musk's repeated conduct of issuing inappropriate, disparaging, sexually charged comments on Twitter – a platform that SpaceX specifically acknowledges as a formal source of news regarding SpaceX activities. The Open Letter authors complained that Musk's statements (examples of which were attached to the Letter) permeated the workplace and created a hostile work environment. The Open Letter authors called upon SpaceX to take appropriate remedial action including condemning Musk's harmful behavior, holding all leadership accountable for their actions and seeking uniform enforcement of SpaceX's "No Asshole" policy. The Open Letter that Moline co-authored and its appendices are attached hereto as **Exhibit A**.

On June 16, 2022, *immediately on the heels of engaging in this concerted protected activity*, SpaceX fired Moline and four (4) other employees who participated in organizing to redress sexual harassment and discrimination in the workplace. SpaceX President Shotwell called the Open Letter "overreaching activism" and stated that SpaceX had "terminated a number of employees involved." See **Exhibit B**.

After this initial wave of wrongful retaliatory terminations, over the next two months SpaceX continued its campaign of retaliation and intimidation by interrogating dozens of employees in private meetings and falsely telling them that the conversations were attorney-client privileged and could not be disclosed to anyone. As a result of its unlawful coercive interrogations SpaceX terminated another four (4) employees in July and August in retaliation for their conduct of drafting and/or sharing the Open Letter with other SpaceX employees on internal company channels.

SpaceX engaged in the above unlawful conduct for the purpose of retaliating against employees for engaging in concerted protected activities and to discourage other employees from engaging in similar organizing activities protected under the NLRA.

FORM NLRB-501
(3-21)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**CHARGE AGAINST EMPLOYER**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

### 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer<br>Space Exploration Technologies Corp. | | b. Tel. No.<br>202-649-2716 |
|---|---|---|
| | | c. Cell No.<br>202-285-8834 |
| | | f. Fax. No. |
| d. Address *(Street, city, state, and ZIP code)*<br>One Rocket Road<br>Hawthorne, California 90250 | e. Employer Representative<br>Christopher Cardaci<br>1030 15th Street N.W.<br>Washington, D.C. 20005 | g. e-mail<br>Christopher.Cardaci@spacex.com |
| | | h. Number of workers employed<br>9,500 |
| i. Type of Establishment *(factory, mine, wholesaler, etc.)*<br>Office, manufacturing, and mission control | j. Identify principal product or service<br>Designs, manufactures, and launches rockets and spacecraft | |

The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and

(list subsections)   8(a)(1)                                                                     of the National Labor Relations Act, and these unfair labor

practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are practices affecting commerce within the

meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge *(set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)*

Attorney Anne Shaver brings this charge on behalf of Employee A against their former employer, Space Exploration Technologies Corp. ("SpaceX"), which committed an unfair labor practice when it fired Employee A and eight other individuals for engaging in protected concerted activity at work.

Please see attached Addendum for a concise statement of the facts.

3. Full name of party filing charge *(if labor organization, give full name, including local name and number)*
Anne Shaver

| 4a. Address *(Street and number, city, state, and ZIP code)*<br><br>Lieff Cabraser Heimann & Bernstein LLP<br>275 Battery Street, 29th Floor<br>San Fransisco, CA 94000<br><br>Laurie Burgess<br>Burgess Law Offices P.C.<br>498 Utah St., San Francisco, CA 94110 | 4b. Tel. No.<br>415-956-1000 |
|---|---|
| | 4c. Cell No. |
| | 4d. Fax. No. |
| | 4e. e-mail<br>ashaver@lchb.com |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit *(to be filled in when charge is filed by a labor organization)*

| 6. DECLARATION<br>I declare that I have read the above charge and that the statements<br>are true to the best of my knowledge and belief. | | Tel. No.<br>415-956-1000 |
|---|---|---|
| /s/Anne B. Shaver | Anne B. Shaver | Office, if any, Cell No. |
| *(signature of representative or person making charge)* | *(Print/type name and title or office, if any)* | Fax No. |
| Address 275 Battery Street, 29th Floor, San Francisco CA 94111     Date 11/16/2022 | | e-mail<br>ashaver@lchb.com |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**
**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information may cause the NLRB to decline to invoke its processes.

# Addendum – NLRB Charge of Employee A[1]

In the past six months SpaceX has violated the NLRA by terminating employees for engaging in the core concerted protected activity of speaking up against SpaceX's failure and refusal to address the culture of sexism, harassment and discrimination that pervades the workplace via the permission granted such behavior by SpaceX management including its CEO Elon Musk and President Gwynne Shotwell. SpaceX's unlawful conduct includes the following:

On June 15, 2022 a group of employees sent an Open Letter to SpaceX's leadership protesting Musk's repeated conduct of issuing inappropriate, disparaging, sexually charged comments on Twitter – a platform that SpaceX specifically acknowledges as a formal source of news regarding SpaceX activities. Employee A participated in the drafting of the Open Letter and its appendices. The Open Letter authors complained that Musk's statements (examples of which were attached to the Letter) permeated the workplace and created a hostile work environment. The Open Letter called upon SpaceX to take appropriate remedial action including condemning Musk's harmful behavior, holding all leadership accountable for their actions and seeking uniform enforcement of SpaceX's "No Asshole" policy. The Open Letter that Employee A co-authored and its appendices are attached hereto as **Exhibit A**.

On June 16, 2022, *immediately on the heels of engaging in this concerted protected activity*, SpaceX fired five (5) employees who participated in organizing to redress sexual harassment and discrimination in the workplace. SpaceX President Shotwell called the Open Letter "overreaching activism" and stated that SpaceX had "terminated a number of employees involved." See **Exhibit B**.

After this initial wave of wrongful retaliatory terminations, over the next two months SpaceX continued its campaign of retaliation and intimidation by interrogating dozens of employees in private meetings and falsely telling them that the conversations were attorney-client privileged and could not be disclosed to anyone. As a result of its unlawful coercive interrogations SpaceX terminated Employee A on July 22, 2022, as well as three (3) other employees in July and August, in retaliation for their conduct of drafting and/or sharing the Open Letter with other SpaceX employees on internal company channels.

SpaceX engaged in the above unlawful conduct for the purpose of retaliating against employees for engaging in concerted protected activities and to discourage other employees from engaging in similar organizing activities protected under the NLRA.

---

[1] Employee A is proceeding anonymously to protect themselves from public harassment (aka "doxing") from fans of SpaceX and/or Mr. Musk.

FORM NLRB-501
(3-21)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**CHARGE AGAINST EMPLOYER**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

### 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer<br>Space Exploration Technologies Corp. | b. Tel. No.<br>202-649-2716 |
|---|---|
| | c. Cell No.<br>202-285-8834 |
| | f. Fax. No. |

| d. Address *(Street, city, state, and ZIP code)*<br>One Rocket Road<br>Hawthorne, California 90250 | e. Employer Representative<br>Christopher Cardaci<br>1030 15th Street N.W.<br>Washington, D.C. 20005 | g. e-mail<br>Christopher.Cardaci@spacex.com |
|---|---|---|
| | | h. Number of workers employed<br>9,500 |

| i. Type of Establishment *(factory, mine, wholesaler, etc.)*<br>Office, manufacturing, and mission control | j. Identify principal product or service<br>Designs, manufactures, and launches rockets and spacecraft |
|---|---|

The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and

(list subsections)   8(a)(1)                                                  of the National Labor Relations Act, and these unfair labor

practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are practices affecting commerce within the

meaning of the Act and the Postal Reorganization Act.

### 2. Basis of the Charge *(set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)*

Attorney Anne Shaver brings this charge on behalf of Employee B against their former employer, Space Exploration Technologies Corp. ("SpaceX"), which committed an unfair labor practice when it fired Employee B and eight other individuals for engaging in protected concerted activity at work.

Please see attached Addendum for a concise statement of the facts.

| 3. Full name of party filing charge *(if labor organization, give full name, including local name and number)*<br>Anne Shaver | |
|---|---|

| 4a. Address *(Street and number, city, state, and ZIP code)*<br><br>Lieff Cabraser Heimann & Bernstein LLP<br>275 Battery Street, 29th Floor<br>San Fransisco, CA 94000<br><br>Laurie Burgess<br>Burgess Law Offices P.C.<br>498 Utah St., San Francisco, CA 94110 | 4b. Tel. No.<br>415-956-1000 |
|---|---|
| | 4c. Cell No. |
| | 4d. Fax. No. |
| | 4e. e-mail<br>ashaver@lchb.com |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit *(to be filled in when charge is filed by a labor organization)*

| 6. DECLARATION<br>I declare that I have read the above charge and that the statements<br>are true to the best of my knowledge and belief. | Tel. No.<br>415-956-1000 |
|---|---|
| /s/ Anne B. Shaver                Anne B. Shaver | Office, if any, Cell No. |
| *(signature of representative or person making charge)*     *(Print/type name and title or office, if any)* | Fax No. |
| Address 275 Battery Street, 29th Floor, San Francisco CA 94111     Date 11/16/2022 | e-mail<br>ashaver@lchb.com |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**
**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq*. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information may cause the NLRB to decline to invoke its processes.

## Addendum – NLRB Charge of Employee B[1]

In the past six months SpaceX has violated the NLRA by terminating employees for engaging in the core concerted protected activity of speaking up against SpaceX's failure and refusal to address the culture of sexism, harassment and discrimination that pervades the workplace via the permission granted such behavior by SpaceX management including its CEO Elon Musk and President Gwynne Shotwell.  SpaceX's unlawful conduct includes the following:

On June 15, 2022 Employee B and several co-workers sent an Open Letter to SpaceX's leadership protesting Musk's repeated conduct of issuing inappropriate, disparaging, sexually charged comments on Twitter – a platform that SpaceX specifically acknowledges as a formal source of news regarding SpaceX activities.  The Open Letter authors complained that Musk's statements (examples of which were attached to the Letter) permeated the workplace and created a hostile work environment.  The Open Letter authors called upon SpaceX to take appropriate remedial action including condemning Musk's harmful behavior, holding all leadership accountable for their actions and seeking uniform enforcement of SpaceX's "No Asshole" policy. The Open Letter that Employee B co-authored and its appendices are attached hereto as **Exhibit A**.

On June 16, 2022, *immediately on the heels of engaging in this concerted protected activity*, SpaceX fired Employee B and four (4) other employees who participated in organizing to redress sexual harassment and discrimination in the workplace. SpaceX President Shotwell called the Open Letter "overreaching activism" and stated that SpaceX had "terminated a number of employees involved."  See **Exhibit B**.

After this initial wave of wrongful retaliatory terminations, over the next two months SpaceX continued its campaign of retaliation and intimidation by interrogating dozens of employees in private meetings and falsely telling them that the conversations were attorney-client privileged and could not be disclosed to anyone.  As a result of its unlawful coercive interrogations, SpaceX terminated another four (4) employees in July and August in retaliation for their conduct of drafting and/or sharing the Open Letter with other SpaceX employees on internal company channels.

SpaceX engaged in the above unlawful conduct for the purpose of retaliating against employees for engaging in concerted protected activities and to discourage other employees from engaging in similar organizing activities protected under the NLRA.

---

[1] Employee B is proceeding anonymously to protect themselves from public harassment (aka "doxing") from fans of SpaceX and/or Mr. Musk.

FORM NLRB-501
(3-21)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**CHARGE AGAINST EMPLOYER**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

## 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer | | b. Tel. No. |
|---|---|---|
| Space Exploration Technologies Corp. | | 202-649-2716 |

c. Cell No.
202-285-8834

f. Fax. No.

| d. Address *(Street, city, state, and ZIP code)* | e. Employer Representative | g. e-mail |
|---|---|---|
| One Rocket Road<br>Hawthorne, California 90250 | Christopher Cardaci<br>1030 15th Street N.W.<br>Washington, D.C. 20005 | Christopher.Cardaci@spacex.com |

h. Number of workers employed
9,500

| i. Type of Establishment *(factory, mine, wholesaler, etc.)*<br>Office, manufacturing, and mission control | j. Identify principal product or service<br>Designs, manufactures, and launches rockets and spacecraft |
|---|---|

The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and

(list subsections)   8(a)(1)   of the National Labor Relations Act, and these unfair labor

practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are practices affecting commerce within the

meaning of the Act and the Postal Reorganization Act.

**2. Basis of the Charge** *(set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)*

Attorney Anne Shaver brings this charge on behalf of Employee C against their former employer, Space Exploration Technologies Corp. ("SpaceX"), which committed an unfair labor practice when it fired Employee C and eight other individuals for engaging in protected concerted activity at work.

Please see attached Addendum for a concise statement of the facts.

**3. Full name of party filing charge** *(if labor organization, give full name, including local name and number)*
Anne Shaver

| 4a. Address *(Street and number, city, state, and ZIP code)* | 4b. Tel. No.<br>415-956-1000 |
|---|---|
| Lieff Cabraser Heimann & Bernstein LLP<br>275 Battery Street, 29th Floor<br>San Fransisco, CA 94000<br><br>Laurie Burgess<br>Burgess Law Offices P.C.<br>498 Utah St., San Francisco, CA 94110 | 4c. Cell No. |
| | 4d. Fax. No. |
| | 4e. e-mail<br>ashaver@lchb.com |

**5. Full name of national or international labor organization of which it is an affiliate or constituent unit** *(to be filled in when charge is filed by a labor organization)*

| 6. DECLARATION<br>I declare that I have read the above charge and that the statements<br>are true to the best of my knowledge and belief. | | Tel. No.<br>415-956-1000 |
|---|---|---|
| /s/Anne B. Shaver | Anne B. Shaver | Office, if any, Cell No. |
| *(signature of representative or person making charge)* | *(Print/type name and title or office, if any)* | Fax No. |
| Address 275 Battery Street, 29th Floor, San Francisco CA 94111   Date 11/16/2022 | | e-mail<br>ashaver@lchb.com |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**
**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq*. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information may cause the NLRB to decline to invoke its processes.

## Addendum – NLRB Charge of Employee C[1]

In the past six months SpaceX has violated the NLRA by terminating employees for engaging in the core concerted protected activity of speaking up against SpaceX's failure and refusal to address the culture of sexism, harassment and discrimination that pervades the workplace via the permission granted such behavior by SpaceX management including its CEO Elon Musk and President Gwynne Shotwell.  SpaceX's unlawful conduct includes the following:

On June 15, 2022 a group of employees sent an Open Letter to SpaceX's leadership protesting Musk's repeated conduct of issuing inappropriate, disparaging, sexually charged comments on Twitter – a platform that SpaceX specifically acknowledges as a formal source of news regarding SpaceX activities.  Employee C participated in the drafting of the Open Letter. The Open Letter authors complained that Musk's statements (examples of which were attached to the Letter) permeated the workplace and created a hostile work environment.  The Open Letter authors called upon SpaceX to take appropriate remedial action including condemning Musk's harmful behavior, holding all leadership accountable for their actions and seeking uniform enforcement of SpaceX's "No Asshole" policy. The Open Letter that Employee C co-authored and its appendices are attached hereto as **Exhibit A**.

On June 16, 2022, *immediately on the heels of engaging in this concerted protected activity*, SpaceX fired five (5) employees who participated in organizing to redress sexual harassment and discrimination in the workplace. SpaceX President Shotwell called the Open Letter "overreaching activism" and stated that SpaceX had "terminated a number of employees involved."  See **Exhibit B**.

After this initial wave of wrongful retaliatory terminations, over the next two months SpaceX continued its campaign of retaliation and intimidation by interrogating dozens of employees in private meetings and falsely telling them that the conversations were attorney-client privileged and could not be disclosed to anyone.  As a result of its unlawful coercive interrogations SpaceX terminated Employee C on August 17, 2022, as well as three (3) other employees in July and August, in retaliation for their conduct of drafting and/or sharing the Open Letter with other SpaceX employees on internal company channels.

SpaceX engaged in the above unlawful conduct for the purpose of retaliating against employees for engaging in concerted protected activities and to discourage other employees from engaging in similar organizing activities protected under the NLRA.

---

[1] Employee C is proceeding anonymously to protect themselves from public harassment (aka "doxing") from fans of SpaceX and/or Mr. Musk.

FORM NLRB-501
(3-21)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**CHARGE AGAINST EMPLOYER**

| | DO NOT WRITE IN THIS SPACE | |
|---|---|---|
| | Case | Date Filed |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

### 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT

| a. Name of Employer<br>Space Exploration Technologies Corp. | | b. Tel. No.<br>202-649-2716 |
|---|---|---|
| | | c. Cell No.<br>202-285-8834 |
| | | f. Fax. No. |
| d. Address *(Street, city, state, and ZIP code)*<br>One Rocket Road<br>Hawthorne, California 90250 | e. Employer Representative<br>Christopher Cardaci<br>1030 15th Street N.W.<br>Washington, D.C. 20005 | g. e-mail<br>Christopher.Cardaci@spacex.com |
| | | h. Number of workers employed<br>9,500 |
| i. Type of Establishment *(factory, mine, wholesaler, etc.)*<br>Office, manufacturing, and mission control | j. Identify principal product or service<br>Designs, manufactures, and launches rockets and spacecraft | |

The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and

(list subsections)  8(a)(1)  of the National Labor Relations Act, and these unfair labor

practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are practices affecting commerce within the

meaning of the Act and the Postal Reorganization Act.

### 2. Basis of the Charge *(set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)*

Attorney Anne Shaver brings this charge on behalf of Employee D against their former employer, Space Exploration Technologies Corp. ("SpaceX"), which committed an unfair labor practice when it fired Employee D and eight other individuals for engaging in protected concerted activity at work.

Please see attached Addendum for a concise statement of the facts.

| 3. Full name of party filing charge *(if labor organization, give full name, including local name and number)*<br>Anne Shaver | | |
|---|---|---|
| 4a. Address *(Street and number, city, state, and ZIP code)*<br><br>Lieff Cabraser Heimann & Bernstein LLP<br>275 Battery Street, 29th Floor<br>San Fransisco, CA 94000<br><br>Laurie Burgess<br>Burgess Law Offices P.C.<br>498 Utah St., San Francisco, CA 94110 | 4b. Tel. No.<br>415-956-1000 | |
| | 4c. Cell No. | |
| | 4d. Fax. No. | |
| | 4e. e-mail<br>ashaver@lchb.com | |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit *(to be filled in when charge is filed by a labor organization)*

| 6. DECLARATION<br>I declare that I have read the above charge and that the statements<br>are true to the best of my knowledge and belief. | | Tel. No.<br>415-956-1000 |
|---|---|---|
| /s/Anne B. Shaver | Anne B. Shaver | Office, if any, Cell No. |
| *(signature of representative or person making charge)* | *(Print/type name and title or office, if any)* | Fax No. |
| Address 275 Battery Street, 29th Floor, San Francisco CA 94111   Date 11/16/2022 | | e-mail<br>ashaver@lchb.com |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**
**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq*. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information may cause the NLRB to decline to invoke its processes.

# Addendum – NLRB Charge of Employee D[1]

In the past six months SpaceX has violated the NLRA by terminating employees for engaging in the core concerted protected activity of speaking up against SpaceX's failure and refusal to address the culture of sexism, harassment and discrimination that pervades the workplace via the permission granted such behavior by SpaceX management including its CEO Elon Musk and President Gwynne Shotwell.  SpaceX's unlawful conduct includes the following:

On June 15, 2022 a group of employees sent an Open Letter to SpaceX's leadership protesting Musk's repeated conduct of issuing inappropriate, disparaging, sexually charged comments on Twitter – a platform that SpaceX specifically acknowledges as a formal source of news regarding SpaceX activities.  Employee D participated in the drafting of the Open Letter.  The Open Letter authors complained that Musk's statements (examples of which were attached to the Letter) permeated the workplace and created a hostile work environment.  The Open Letter authors called upon SpaceX to take appropriate remedial action including condemning Musk's harmful behavior, holding all leadership accountable for their actions and seeking uniform enforcement of SpaceX's "No Asshole" policy. The Open Letter that Employee D co-authored and its appendices are attached hereto as **Exhibit A**.

On June 16, 2022, *immediately on the heels of engaging in this concerted protected activity*, SpaceX fired five (5) employees who participated in organizing to redress sexual harassment and discrimination in the workplace. SpaceX President Shotwell called the Open Letter "overreaching activism" and stated that SpaceX had "terminated a number of employees involved."  See **Exhibit B**.

After this initial wave of wrongful retaliatory terminations, over the next two months SpaceX continued its campaign of retaliation and intimidation by interrogating dozens of employees in private meetings and falsely telling them that the conversations were attorney-client privileged and could not be disclosed to anyone.  As a result of its unlawful coercive interrogations SpaceX terminated Employee D on August 1, 2022, as well as three (3) other employees in July and August, in retaliation for their conduct of drafting and/or sharing the Open Letter with other SpaceX employees on internal company channels.

SpaceX engaged in the above unlawful conduct for the purpose of retaliating against employees for engaging in concerted protected activities and to discourage other employees from engaging in similar organizing activities protected under the NLRA.

---

[1] Employee D is proceeding anonymously to protect themselves from public harassment (aka "doxing") from fans of SpaceX and/or Mr. Musk.

FORM NLRB-501
(3-21)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**CHARGE AGAINST EMPLOYER**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

| 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT | | |
|---|---|---|
| a. Name of Employer<br>Space Exploration Technologies Corp. | | b. Tel. No.<br>202-649-2716 |
| | | c. Cell No.<br>202-285-8834 |
| | | f. Fax. No. |
| d. Address *(Street, city, state, and ZIP code)*<br>One Rocket Road<br>Hawthorne, California 90250 | e. Employer Representative<br>Christopher Cardaci<br>1030 15th Street N.W.<br>Washington, D.C. 20005 | g. e-mail<br>Christopher.Cardaci@spacex.com |
| | | h. Number of workers employed<br>9,500 |
| i. Type of Establishment *(factory, mine, wholesaler, etc.)*<br>Office, manufacturing, and mission control | j. Identify principal product or service<br>Designs, manufactures, and launches rockets and spacecraft | |

The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and

(list subsections)   8(a)(1)                                                                          of the National Labor Relations Act, and these unfair labor

practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are practices affecting commerce within the

meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge *(set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)*

Attorney Anne Shaver brings this charge on behalf of Employee E against their former employer, Space Exploration Technologies
Corp. ("SpaceX"), which committed an unfair labor practice when it fired Employee E and eight other individuals for engaging in
protected concerted activity at work.

Please see attached Addendum for a concise statement of the facts.

| 3. Full name of party filing charge *(if labor organization, give full name, including local name and number)*<br>Anne Shaver | |
|---|---|
| 4a. Address *(Street and number, city, state, and ZIP code)*<br><br>Lieff Cabraser Heimann & Bernstein LLP<br>275 Battery Street, 29th Floor<br>San Fransisco, CA 94000<br><br>Laurie Burgess<br>Burgess Law Offices P.C.<br>498 Utah St., San Francisco, CA 94110 | 4b. Tel. No.<br>415-956-1000 |
| | 4c. Cell No. |
| | 4d. Fax. No. |
| | 4e. e-mail<br>ashaver@lchb.com |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit *(to be filled in when charge is filed by a labor organization)*

| 6. DECLARATION<br>I declare that I have read the above charge and that the statements<br>are true to the best of my knowledge and belief. | | Tel. No.<br>415-956-1000 |
|---|---|---|
| /s/Anne B. Shaver<br>*(signature of representative or person making charge)* | Anne B. Shaver<br>*(Print/type name and title or office, if any)* | Office, if any, Cell No. |
| | | Fax No. |
| Address  275 Battery Street, 29th Floor, San Francisco CA 94111   Date  11/16/2022 | | e-mail<br>ashaver@lchb.com |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**
**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq.* The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information may cause the NLRB to decline to invoke its processes.

## Addendum – NLRB Charge of Employee E[1]

In the past six months SpaceX has violated the NLRA by terminating employees for engaging in the core concerted protected activity of speaking up against SpaceX's failure and refusal to address the culture of sexism, harassment and discrimination that pervades the workplace via the permission granted such behavior by SpaceX management including its CEO Elon Musk and President Gwynne Shotwell.  SpaceX's unlawful conduct includes the following:

On June 15, 2022 Employee E and co-workers sent an Open Letter to SpaceX's leadership protesting Musk's repeated conduct of issuing inappropriate, disparaging, sexually charged comments on Twitter – a platform that SpaceX specifically acknowledges as a formal source of news regarding SpaceX activities.  The Open Letter authors complained that Musk's statements (examples of which were attached to the Letter) permeated the workplace and created a hostile work environment.  The Open Letter authors called upon SpaceX to take appropriate remedial action including condemning Musk's harmful behavior, holding all leadership accountable for their actions and seeking uniform enforcement of SpaceX's "No Asshole" policy. The Open Letter that Employee E co-authored and its appendices are attached hereto as **Exhibit A**.

On June 16, 2022, *immediately on the heels of engaging in this concerted protected activity*, SpaceX fired Employee E and four (4) other employees who participated in organizing to redress sexual harassment and discrimination in the workplace. SpaceX President Shotwell called the Open Letter "overreaching activism" and stated that SpaceX had "terminated a number of employees involved."  See **Exhibit B**.

After this initial wave of wrongful retaliatory terminations, over the next two months SpaceX continued its campaign of retaliation and intimidation by interrogating dozens of employees in private meetings and falsely telling them that the conversations were attorney-client privileged and could not be disclosed to anyone. As a result of its unlawful coercive interrogations SpaceX terminated four (4) other employees in July and August in retaliation for their conduct of drafting and/or sharing the Open Letter with other SpaceX employees on internal company channels.

SpaceX engaged in the above unlawful conduct for the purpose of retaliating against employees for engaging in concerted protected activities and to discourage other employees from engaging in similar organizing activities protected under the NLRA.

---

[1] Employee E is proceeding anonymously to protect themselves from public harassment (aka "doxing") from fans of SpaceX and/or Mr. Musk.

FORM NLRB-501
(3-21)

UNITED STATES OF AMERICA
NATIONAL LABOR RELATIONS BOARD
**CHARGE AGAINST EMPLOYER**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| Case | Date Filed |

**INSTRUCTIONS:**
File an original with NLRB Regional Director for the region in which the alleged unfair labor practice occurred or is occurring.

| 1. EMPLOYER AGAINST WHOM CHARGE IS BROUGHT | | |
|---|---|---|
| a. Name of Employer<br>Space Exploration Technologies Corp. | | b. Tel. No.<br>202-649-2716 |
| | | c. Cell No.<br>202-285-8834 |
| | | f. Fax. No. |
| d. Address *(Street, city, state, and ZIP code)*<br>One Rocket Road<br>Hawthorne, California 90250 | e. Employer Representative<br>Christopher Cardaci<br>1030 15th Street N.W.<br>Washington, D.C. 20005 | g. e-mail<br>Christopher.Cardaci@spacex.com |
| | | h. Number of workers employed<br>9,500 |
| i. Type of Establishment *(factory, mine, wholesaler, etc.)*<br>Office, manufacturing, and mission control | j. Identify principal product or service<br>Designs, manufactures, and launches rockets and spacecraft | |

The above-named employer has engaged in and is engaging in unfair labor practices within the meaning of section 8(a), subsections (1) and

(list subsections)   8(a)(1)                                                                      of the National Labor Relations Act, and these unfair labor

practices are practices affecting commerce within the meaning of the Act, or these unfair labor practices are practices affecting commerce within the

meaning of the Act and the Postal Reorganization Act.

2. Basis of the Charge *(set forth a clear and concise statement of the facts constituting the alleged unfair labor practices)*

Attorney Anne Shaver brings this charge on behalf of Employee F against his former employer, Space Exploration Technologies
Corp. ("SpaceX"), which committed an unfair labor practice when it fired Employee F and eight other individuals for engaging in
protected concerted activity at work.

Please see attached Addendum for a concise statement of the facts.

| 3. Full name of party filing charge *(if labor organization, give full name, including local name and number)*<br>Anne Shaver | |
|---|---|

| 4a. Address *(Street and number, city, state, and ZIP code)*<br><br>Lieff Cabraser Heimann & Bernstein LLP<br>275 Battery Street, 29th Floor<br>San Fransisco, CA 94000<br><br>Laurie Burgess<br>Burgess Law Offices P.C.<br>498 Utah St., San Francisco, CA 94110 | 4b. Tel. No.<br>415-956-1000 |
|---|---|
| | 4c. Cell No. |
| | 4d. Fax No. |
| | 4e. e-mail<br>ashaver@lchb.com |

5. Full name of national or international labor organization of which it is an affiliate or constituent unit *(to be filled in when charge is filed by a labor organization)*

| 6. DECLARATION<br>I declare that I have read the above charge and that the statements<br>are true to the best of my knowledge and belief. | | Tel. No.<br>415-956-1000 |
|---|---|---|
| /s/Anne B. Shaver<br>*(signature of representative or person making charge)* | Anne B. Shaver<br>*(Print/type name and title or office, if any)* | Office, if any, Cell No. |
| | | Fax No. |
| Address  275 Battery Street, 29th Floor, San Francisco CA 94111      Date  11/16/2022 | | e-mail<br>ashaver@lchb.com |

**WILLFUL FALSE STATEMENTS ON THIS CHARGE CAN BE PUNISHED BY FINE AND IMPRISONMENT (U.S. CODE, TITLE 18, SECTION 1001)**
**PRIVACY ACT STATEMENT**

Solicitation of the information on this form is authorized by the National Labor Relations Act (NLRA), 29 U.S.C. § 151 *et seq*. The principal use of the information is to assist the National Labor Relations Board (NLRB) in processing unfair labor practice and related proceedings or litigation. The routine uses for the information are fully set forth in the Federal Register, 71 Fed. Reg. 74942-43 (Dec. 13, 2006). The NLRB will further explain these uses upon request. Disclosure of this information to the NLRB is voluntary; however, failure to supply the information may cause the NLRB to decline to invoke its processes.

# Addendum – NLRB Charge of Employee F[1]

In the past six months SpaceX has violated the NLRA by terminating employees for engaging in the core concerted protected activity of speaking up against SpaceX's failure and refusal to address the culture of sexism, harassment and discrimination that pervades the workplace via the permission granted such behavior by SpaceX management including its CEO Elon Musk and President Gwynne Shotwell.  SpaceX's unlawful conduct includes the following:

On June 15, 2022 a group of employees sent an Open Letter to SpaceX's leadership protesting Musk's repeated conduct of issuing inappropriate, disparaging, sexually charged comments on Twitter – a platform that SpaceX specifically acknowledges as a formal source of news regarding SpaceX activities.  Employee F participated in the drafting of the Open Letter. The Open Letter authors complained that Musk's statements (examples of which were attached to the Letter) permeated the workplace and created a hostile work environment.  The Open Letter authors called upon SpaceX to take appropriate remedial action including condemning Musk's harmful behavior, holding all leadership accountable for their actions and seeking uniform enforcement of SpaceX's "No Asshole" policy. The Open Letter that Employee F co-authored and its appendices are attached hereto as **Exhibit A**.

On June 16, 2022, *immediately on the heels of engaging in this concerted protected activity*, SpaceX fired five (5) employees who participated in organizing to redress sexual harassment and discrimination in the workplace. SpaceX President Shotwell called the Open Letter "overreaching activism" and stated that SpaceX had "terminated a number of employees involved."  See **Exhibit B**.

After this initial wave of wrongful retaliatory terminations, over the next two months SpaceX continued its campaign of retaliation and intimidation by interrogating dozens of employees in private meetings and falsely telling them that the conversations were attorney-client privileged and could not be disclosed to anyone.  As a result of its unlawful coercive interrogations SpaceX terminated Employee F on July 29, 2022, as well as three (3) other employees in July and August in retaliation for their conduct of drafting and/or sharing the Open Letter with other SpaceX employees on internal company channels.

SpaceX engaged in the above unlawful conduct for the purpose of retaliating against employees for engaging in concerted protected activities and to discourage other employees from engaging in similar organizing activities protected under the NLRA.

---

[1] Employee F is proceeding anonymously to protect themselves from public harassment (aka "doxing") from fans of SpaceX and/or Mr. Musk.

# Exhibit A

An open letter to the Executives of SpaceX,

In light of recent allegations against our CEO and his public disparagement of the situation, we would like to deliver feedback on how these events affect our company's reputation, and through it, our mission. Employees across the spectra of gender, ethnicity, seniority, and technical roles have collaborated on this letter. We feel it is imperative to maintain honest and open dialogue with each other to effectively reach our company's primary goals together: making SpaceX a great place to work for all, and making humans a multiplanetary species.

As SpaceX employees we are expected to challenge established processes, rapidly innovate to solve complex problems as a team, and use failures as learning opportunities. Commitment to these ideals is fundamental to our identity and is core to how we have redefined our industry. But for all our technical achievements, SpaceX fails to apply these principles to the promotion of diversity, equity, and inclusion with equal priority across the company, resulting in a workplace culture that remains firmly rooted in the status quo.

Individuals and groups of employees at SpaceX have spent significant effort beyond their technical scope to make the company a more inclusive space via conference recruiting, open forums, feedback to leadership, outreach, and more. However, we feel an unequal burden to carry this effort as the company has not applied appropriate urgency and resources to the problem in a manner consistent with our approach to critical path technical projects. To be clear: recent events are not isolated incidents; they are emblematic of a wider culture that underserves many of the people who enable SpaceX's extraordinary accomplishments. As industry leaders, we bear unique responsibility to address this.

Elon's behavior in the public sphere is a frequent source of distraction and embarrassment for us, particularly in recent weeks. As our CEO and most prominent spokesperson, Elon is seen as the face of SpaceX—every Tweet that Elon sends is a de facto public statement by the company.  It is critical to make clear to our teams and to our potential talent pool that his messaging does not reflect our work, our mission, or our values.

SpaceX's current systems and culture do not live up to its stated values, as many employees continue to experience unequal enforcement of our oft-repeated "No Asshole" and "Zero Tolerance" policies. This must change. As a starting point, we are putting forth the following categories of action items, the specifics of which we would like to discuss in person with the executive team within a month:

**Publicly address and condemn Elon's harmful Twitter behavior.** SpaceX must swiftly and explicitly separate itself from Elon's personal brand.

**Hold all leadership equally accountable to making SpaceX a great place to work for everyone.** Apply a critical eye to issues that prevent employees from fully performing their jobs and meeting their potential, pursuing specific and enduring actions that are well resourced, transparent, and treated with the same rigor and urgency as establishing flight rationale after a hardware anomaly.

**Define and uniformly respond to all forms of unacceptable behavior.** Clearly define what exactly is intended by SpaceX's "No Asshole" and "Zero Tolerance" policies and enforce them consistently. SpaceX must establish safe avenues for reporting and uphold clear repercussions for all unacceptable behavior, whether from the CEO or an employee starting their first day.

We care deeply about SpaceX's mission to make humanity multiplanetary. But more importantly, we care about each other. The collaboration we need to make life multiplanetary is incompatible with a culture that treats employees as consumable resources. Our unique position requires us to consider how our actions today will shape the experiences of individuals beyond our planet. Is the culture we are fostering now the one which we aim to bring to Mars and beyond?

We have made strides in that direction, but there is so much more to accomplish.

## Proposed Action Items

**Publicly address and condemn Elon's harmful Twitter behavior.** SpaceX must swiftly and explicitly separate itself from Elon's personal brand.
- Publicly state that Elon's Twitter behavior is not in line with SpaceX values.
- Expand the company's official social media presence to provide a professional and coherent public image of the company completely separate from Elon's online presence.
- Cease retweeting or directly linking to Elon's personal social media posts on any official SpaceX channels.

**Hold all leadership equally accountable to making SpaceX a great place to work for everyone.** Apply a critical eye to issues that prevent employees from fully performing their jobs and meeting their potential, pursuing specific and enduring actions that are well resourced, transparent, and treated with the same rigor and urgency as establishing flight rationale after a hardware anomaly.
- Institute an executive-level position, distinctly independent from Human Resources, responsible for ensuring that SpaceX is a great place to work for all individuals.
- Create direct channels for employee feedback to this new executive on the state of SpaceX culture across all departments to hold ourselves accountable for making progress towards this goal.
- Document workplace culture progress by regularly reporting data on employee hiring, promotion, and attrition disaggregated by experience, performance, and background.

**Define and uniformly respond to all forms of unacceptable behavior.** Clearly define what exactly is intended by SpaceX's "No Asshole" and "Zero Tolerance" policies and enforce them consistently. SpaceX must establish safe avenues for reporting and uphold clear repercussions for all unacceptable behavior, whether from the CEO or an employee starting their first day.
- Update the Employee Handbook and enforce annual in-person participation in comprehensive Diversity, Inclusion, and Misconduct training to ensure all employees adhere to these guidelines. Leadership candidates should be evaluated on these criteria.
- Commit to a consistent and transparent process for responses to all substantiated claims of misconduct, regardless of the alleged perpetrator.
- Document the efficacy of these policies by regularly reporting aggregate data on unacceptable behavior claims, involved party outcomes, and disciplinary actions.

To provide feedback on the above action items, fill out this survey or scan the QR code below.



https://s.surveyplanet.com/h409awcp

# Unwelcome behavior on Elon's Twitter

This document is a compilation of various examples of problematic Twitter posts by Elon, including "unwelcome behavior", "subtle sexual harassment", "sexual harassment"[1], and bullying directed at individuals and various marginalized groups via his Twitter posts. It also includes examples of excessively vulgar and sexual content that is inappropriate at our workplace. Most of these tweets have been posted within the last two years (March 2020 - June 2022). The purpose of this document is to warn coworkers of the resulting harm to our work culture, harm to marginalized employees, and our impaired ability as a community of space enthusiasts to do the amazing work which we're all here for.

The tweets selected for this document were chosen because they most clearly depict the "Bro culture" Elon seems to not only tolerate, but embrace and encourage online and in his personal life. The effects of these tweets, however, are not just limited to public perception of Elon's character. Elon's Twitter account is routinely used to announce SpaceX company news, is referenced in page 23 of the SpaceX employee handbook as a source of company news, and is documented as an official source of company information (source) in various SEC filings made by Tesla (example). For these and other reasons, statements made by Elon on Twitter either directly speak for SpaceX or indirectly reflect on our company's culture and those who work here. Various examples support this claim, from personal accounts of families and friends reaching out to employees asking if they agree with what Elon says to news articles and essays written about the type of work culture being promoted at SpaceX in light of statements made by Elon online[2]. And in the absence of SpaceX saying otherwise, there's no reason for anyone to believe that the behavior repeatedly and consistently demonstrated by Elon in public, in spaces used for official company announcements, is not acceptable at SpaceX.

The content that Elon creates and promotes demonstrates tolerance, and even encouragement, of a workplace culture that is hostile to various marginalized and underrepresented groups. By mocking federally protected characteristics (including sex, sexual orientation, age, and race/religion), trivializing serious and traumatic challenges faced by those marginalized, and silencing attempts at raising legitimate concerns about our workplace culture by dismissing them as politically motivated attacks, Elon has set a very concerning example for what is acceptable and tolerated at SpaceX.

**By staying silent on his public actions, taken on a platform which is considered official company communication, SpaceX and its executives have affirmed that Elon's behavior is acceptable at our company.**

Please note that for each example screenshotted, a link is provided to the official source so that the full context can be examined. The vast majority of Tweets are still live on Elon's account, but

---

[1] Such language, defined on this PDF published by the United Nations, often leads to a "hostile work environment".
[2] Examples of articles are included with various tweets throughout this document.

some which have been deleted are also included because they are relevant in establishing the ongoing pattern of harassment and/or bullying that started years ago and continues to this day.

Table of contents

**Tweets targeting or affecting an individual**                                    **3**
    If you touch my wiener                                       4
    Describe me while exposed                                     5
    Stop hitting on me                                            6
    In case you need to lose a boner                              7
    I keep forgetting you're still alive                          8
    Looks like you just came                                      9
    Can't get it up (to orbit)                                   10
    You're an idiot                                              11

**Tweets targeting or affecting a group**                                          **12**
    Here it comes                                                13
    Politically motivated                                        14
    Mansplaining                                                 15
    Comparison to Hitler                                         16
    TITS                                                         17
    Pronouns are oppression                                      18
    Catgirl robots                                               19
    Pronouns suck                                                20
    Sperm Donor Clinic                                           21
    Elongate                                                     22

**Other Tweets promoting an unwelcome and potentially hostile environment**        **23**
    Macrohard                                                    24
    Erotic Democracy                                             25
    Deep thots                                                   26
    Our crane                                                    27
    Weekend meme juice                                           28
    Huge cock                                                    29

**Emails**                                                                         **30**
    Tesla do the right thing                                     31

Tweets targeting or affecting an individual

If you touch my wiener



**Status**: online
**Link**: https://twitter.com/elonmusk/status/1527757119239380993

## Describe me while exposed



**Status**: online
**Link**: https://twitter.com/elonmusk/status/1527505449905528846
**Context**: Elon presumably challenging the accuser to describe his genetalia, after the Sexual Harassment allegation at SpaceX reported by Insider on May 19th, 2022.

Stop hitting on me



Status: online
Link: https://twitter.com/elonmusk/status/1520152887090892800

In case you need to lose a boner



**Elon Musk** ✔
@elonmusk                                              •••

in case u need to lose a boner fast



8:30 PM · Apr 22, 2022 · Twitter for iPhone

**142.6K** Retweets   **31.3K** Quote Tweets   **1.4M** Likes

**Status**: online
**Link**: https://twitter.com/elonmusk/status/1517707521343082496
**Article**:
https://nypost.com/2022/06/06/elon-musk-posts-vulgar-tweet-about-bill-gates-during-fued/

I keep forgetting you're still alive



**Status**: online
**Link**: https://twitter.com/elonmusk/status/1459891238384115722
**Articles**:
- https://www.cnn.com/2021/11/14/business/elon-musk-bernie-sanders-tweet/index.html
- https://www.independent.co.uk/news/world/americas/us-politics/elon-musk-bernie-sanders-twitter-b1957625.html

Looks like you just came



**Status**: online
**Link**: https://twitter.com/elonmusk/status/1457497438474981384
**Article**: https://sports.yahoo.com/elon-musk-made-gross-sex-130902137.html

Can't get it up (to orbit)

 **Kenneth Chang** @kchangnyt · Apr 26, 2021    ・・・
SCOOP: Jeff Bezos' Blue Origin files a protest against NASA's awarding of the lunar lander contract to Elon Musk's SpaceX.



nytimes.com
Jeff Bezos' Rocket Company Challenges NASA Over SpaceX Moon La...
The space agency picked Elon Musk's company over two other bidders to take its astronauts back to the lunar surface.

♡ 447          ⇄ 832          ♡ 5,199          ⬆

 **Elon Musk** ✓
@elonmusk          ・・・

Replying to @kchangnyt

## Can't get it up (to orbit) lol

4:31 PM · Apr 26, 2021 · Twitter for iPhone

**4,775** Retweets  **1,363** Quote Tweets  **49.2K** Likes

**Status**: online
**Link**: https://twitter.com/elonmusk/status/1386825367948644352

## You're an idiot



**Status**: online
**Link**: https://twitter.com/elonmusk/status/941500121564332032
**Link**: https://twitter.com/elonmusk/status/941551760799277056
**Context**: A tweet from Jarrett Walker, a public transit planning and policy consultant, criticizing him for championing individual, over public, transport.
**Article**:
https://www.theguardian.com/cities/2017/dec/21/elon-musk-public-transport-transit-painful-twitter

Tweets targeting or affecting a group

Here it comes



**Status**: online
**Link**: https://twitter.com/elonmusk/status/1531647849599057921

Later followed by this tweet:



**Link**: https://twitter.com/elonmusk/status/1532030554778087424
Note the original "here it comes" tweet is still up. An apology, if this is what it is, means nothing if behavior is not corrected.

Politically motivated



**Status**: online
**Link**: https://twitter.com/elonmusk/status/1527491436005957633
**Context**: the Sexual Harassment allegation at SpaceX reported by Insider on May 19th, 2022

Mansplaining





10:46 AM · May 19, 2022 · Twitter for iPhone

**30.8K** Retweets   **4,202** Quote Tweets   **368K** Likes

**Status**: online
**Link**: https://twitter.com/elonmusk/status/1527344969471520768

## Comparison to Hitler



**Status**: deleted
**Context**: In response to a tweet linking the coinbase article about Trudeau blocking crypto donations to Canadian Trucker protesters.
**Article**:
https://www.theguardian.com/technology/2022/feb/17/elon-musk-criticised-for-comparing-justin-trudeau-to-adolf-hitler-tweet-auschwitz

## TITS



**Status**: partially deleted
**Link**: https://twitter.com/elonmusk/status/1453954994546229253
**Article**: https://mashable.com/article/elon-musk-sexist-joke-tweets

Pronouns are oppression



**Status**: online
https://twitter.com/elonmusk/status/1338365886542049282
**Article**:
https://cleantechnica.com/2020/12/16/real-friends-interrupt-you-when-you-are-making-a-mistake/

In response to the above article:



**Status**: online
**Link**: https://twitter.com/elonmusk/status/1339253909546823682

## Catgirl robots



**Status**: online
**Link**: https://twitter.com/elonmusk/status/1321605428963233794

Pronouns suck



**Status**: online
https://twitter.com/elonmusk/status/1286869404874088448
**Article**:
https://www.forbes.com/sites/sethcohen/2020/07/25/tesla-founder-elon-musk-uses-twitter-to-mock-transgender-inclusion/?sh=11f2b1e1647f

## Sperm Donor Clinic



**Status**: online
**Link**: https://twitter.com/elonmusk/status/1321275062998257665

Later in the thread, he replied:



Elongate



**Status**: online
**Link**: https://twitter.com/elonmusk/status/1527525498460508160
**Context**: the Sexual Harassment allegation at SpaceX reported by Insider on May 19th, 2022

Other Tweets promoting an unwelcome and potentially hostile environment

## Macrohard



## Naughtius Maximus



youtube.com
**Biggus Dickus - Monty Python, Life of Brian.**
Just one of many brilliant scenes from the epic comedy "Life of Brian" by Monty
Python.PS: Subtitles is the originals from the blu-ray.PS 2: Yes, we know abo...

1:02 AM · Oct 25, 2021 · Twitter for iPhone

**952** Retweets   **145** Quote Tweets   **19.6K** Likes

**Status**: online
**Link**: https://twitter.com/elonmusk/status/1452546064591040513

## Erotic Democracy



**Status**: online
**Link**: https://twitter.com/elonmusk/status/1452442007784263682

## Deep thots



**Status**: online
**Link**: https://twitter.com/elonmusk/status/1397625459437826049

## Our crane



**Status**: online
**Link**: https://twitter.com/elonmusk/status/1375652425814704128

Weekend meme juice



**Status**: online
**Link**: https://twitter.com/elonmusk/status/1360592735409946625

Huge cock





Replying to @Zwiebelbach @its_menieb and @CyberpunkGame



7:25 AM · Dec 14, 2020 · Twitter for iPhone

**12.8K** Retweets   **4,685** Quote Tweets   **72.4K** Likes

**Status**: online
**Link**: https://twitter.com/elonmusk/status/1338505515719143425

# Emails

## Tesla do the right thing

**Elon Musk**                    ⌂ Inbox - Exchange   May 31, 2017 at 2:37 AM
Doing the right thing
To: Everybody

About four years ago, I sent out an email describing some of the core principles of Tesla. Since then, we have grown from 4,500 people to 33,000, so the vast majority of the company has never received this note. We are redoing the first day orientation and Tesla handbook to more clearly capture and emphasize these points, but I thought I should send this out in advance.

In my email below, please pay particular attention to the first point on the list. Tesla has to be hardcore and demanding, not for the hell of it, but because we are fighting for a good cause against giant, entrenched competitors who just want the status quo to continue. The list of companies that want to kill Tesla is so long, I've lost track – a week doesn't go by without some "Tesla Killer" article. The only way for a little company to prevail against those much larger companies is to work faster, smarter and harder. The passing grade at Tesla is excellence, because it has to be.

However, this does not give license to anyone to be a jerk. It is incredibly important that people look forward to coming to work in the morning. One of the best feelings in the world is to be part of a team that is fired up to achieve what most industry experts say is impossible! For many companies out there, work is like jail – employees look forward to Friday and dread Monday. That's horrible. We never want to be like that.

Part of not being a huge jerk is considering how someone might feel who is part of an historically less represented group. They have endured difficulties that someone born or raised in a more privileged situation did not. This doesn't mean that there is a different standard of performance or that you can't give critical feedback. You should – doing anything else would be an insult to the hard work it took to get there – but don't ever intentionally allow someone to feel excluded, uncomfortable or unfairly treated. Sometimes these things happen unintentionally, in which case you should apologize.

In fairness, if someone is a jerk to you, but sincerely apologizes, it is important to be thick-skinned and accept that apology. If you are part of a less represented group, you don't get a free pass on being a jerk yourself. We have had a few cases at Tesla where someone in a less represented group was actually given a job or promoted over more qualified highly represented candidates and then decided to sue Tesla for millions of dollars because they felt they weren't promoted enough. That is obviously not cool.

What it comes down to is this: do what would make your parents proud. If you can't look someone you respect in the eye and explain what you did, don't do it.

Thanks,
Elon

**Link**: https://www.tesla.com/blog/hotbed-misinformation
**Article**:
https://money.cnn.com/2017/11/15/technology/elon-musk-tesla-racial-discrimination/index.html

Excerpt from email:

> In fairness, if someone is a jerk to you, but sincerely apologizes, it is important to be thick-skinned and accept that apology. If you are part of a less represented group, you don't get a free pass on being a jerk yourself. We have had a few cases at Tesla where someone in a less represented group was actually given a job or promoted over more qualified highly represented candidates and then decided to sue Tesla for millions of dollars because they felt they weren't promoted enough. That is obviously not cool.

Commentary:

It seems like the *real* problem at Tesla (and SpaceX) is not the lack of diversity, but rather a plethora of maliciously acting diverse employees who are suing Tesla and not forgiving jerks when they apologize. These diverse employees are also getting a free pass to be jerks to the white male population.

# Exhibit B

 

**Gwynne** Shotwell    ● **Gwynne** Shotwell; ● Brian Bjelde ▾    6/16/2022

**Please stay focused on the SpaceX mission**    ⌄

You may have received an unsolicited request from a small group of SpaceX employees for your signature on an "open letter" yesterday and your participation in a related survey. Based on diverse employee feedback, this has upset many. That is, the letter, solicitations and general process made employees feel uncomfortable, intimidated and bullied, and/or angry because the letter pressured them to sign onto something that did not reflect their views. Employees also complained that it interfered with their ability to focus on and do their work.  We have 3 launches within 37 hours for critical satellites this weekend, we have to support the astronauts we delivered to the ISS and get cargo Dragon back to flight-ready, and after receiving environmental approval early this week, we are on the cusp of the first orbital launch attempt of Starship. We have too much critical work to accomplish and no need for this kind of overreaching activism – our current leadership team is more dedicated to ensuring we have a great and ever-improving work environment than any I have seen in my 35-year career.

We solicit and expect our employees to report all concerns to their leadership, senior management, HR, or Legal. But blanketing thousands of people across the company with repeated unsolicited emails and asking them to sign letters and fill out unsponsored surveys during the work day is not acceptable, goes against our documented handbook policy, and does not show the strong judgment needed to work in this very challenging space transportation sector. We performed an investigation and have terminated a number of employees involved.

I am sorry for this distraction. Please stay focused on the SpaceX mission, and use your time at work to do your best work. This is how we will get to Mars.