# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board, <br><br> Defendants. | Case No.  1:24-cv-00001 |

## [PROPOSED] ORDER GRANTING MOTION TO INTERVENE

2919912.2

AND NOW, this ___ day of _____, 2024, the Court GRANTS Intervenors Scott Beck, Paige Holland-Thielen, Deborah Lawrence, and Tom Moline's ("Intervenors") motion to intervene as a defendant in Plaintiff's Complaint for Declaratory and Injunctive Relief. Intervenors are entitled to intervene as of right under Federal Rule of Civil Procedure 24(a) because they have an interest in the disposition of the Plaintiff's complaint for declaratory and injunctive relief, which disposition will substantially affect their rights. Intervenors also satisfy the standard for permissive intervention under Rule 24(b) because their motion is timely, their legal claims share questions of fact in common with Plaintiff's Complaint, and intervention will not unduly prejudice any party or delay the proceedings.

Intervenors shall file their proposed motion to transfer venue, submitted as Exhibit A to the Declaration of Laurie Burgess, with this Court via ECF.

Dated: _____, 2024

                                            Hon. Rolando Olvera
                                            United States District Judge

2919912.2