UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br>     Plaintiff, <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD et al, <br>     Defendants. | § § § § § § § § § § | Civil Action 1:24-cv-00001 |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that the undersigned Assistant United States Attorney, Benjamin S. Lyles, on behalf of the Defendants appears as attorney-in-charge in this lawsuit.

                Respectfully submitted,

                ALAMDAR S. HAMDANI
                United States Attorney
                Southern District of Texas

By:   *s/ Benjamin S. Lyles*
        Benjamin S. Lyles
        Assistant United States Attorney
        S.D. Tex. ID No. 3062156
        State Bar No. 24094808
        1701 W. Bus. Highway 83, Suite 600
        McAllen, TX 78501
        Telephone: (956) 618-8010
        Facsimile: (956) 618-8016
        E-mail: Benjamin.Lyles@usdoj.gov
        *Attorney-in-Charge for Defendants*

## CERTIFICATE OF SERVICE

I, Benjamin S. Lyles, Assistant United States Attorney for the Southern District of Texas, hereby certify that on January 9, 2024, I electronically filed the foregoing using the ECF system which will send notification to all counsel of record.

By: *s/ Benjamin S. Lyles*
Benjamin S. Lyles
Assistant United States Attorney