UNITED STATES DISTRICT COURT          SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:24-cv-00001 |
|---|---|---|---|
| | Space Exploration Technologies Corp. | | |
| | *versus* | | |
| | National Labor Relations Board, et al | | |

| | |
|---|---|
| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Amanda L. Salz<br>Morgan, Lewis & Bockius LLP<br>1111 Pennsylvania Ave., NW<br>Washington, D.C. 20004-2541<br>(202) 739-5689 amanda.salz@morganlewis.com<br>District of Columbia 1671976 |
| Name of party applicant seeks to appear for: | Space Exploration Technologies Corp |

Has applicant been sanctioned by any bar association or court?  Yes _____  No ✔

On a separate sheet for each sanction, please supply the full particulars.

| Dated: 1/10/2024 | Signed: | /s/ Amanda Salz |
|---|---|---|

| The state bar reports that the applicant's status is: Active |
|---|
| Dated: 1/11/2024     Clerk's signature _____ |

### Order

This lawyer is admitted *pro hac vice*.

Dated: _____       _____
                                         United States District Judge