UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br>　　　　Plaintiff, <br>　v. <br><br>NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board, <br><br>　　　　Defendants. | Case No. 24-cv-0001 |

**(PROPOSED)
ORDER**

**THIS MATTER** comes before the Court on Defendants' Motion to Transfer Plaintiffs' Complaint to the United States District Court for the Central District of California.

Having considered all filings as to this matter, and for good cause shown, **IT IS** on this \_\_ day of _____, 2024, hereby **ORDERED** that Defendants' Motion is **GRANTED**, and Plaintiffs' Complaint is **TRANSFERRED TO THE CENTRAL DISTRICT OF CALIFORNIA**.

 

_____
The Honorable Rolando Olvera
UNITED STATES DISTRICT JUDGE