**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

| | |
|---|---|
| SPACE EXPLORATION<br>TECHNOLOGIES CORP.,<br><br>                    Plaintiff,<br><br>        v.<br><br>NATIONAL LABOR RELATIONS<br>BOARD, *et al.*,<br><br>                    Defendants. | Case No. 24-cv-0001 |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 12, 2024, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

 _/s/ Benjamin S. Lyles_____
BENJAMIN S. LYLES
*Assistant United States Attorney*
S.D. Tex. ID No. 3062156
State Bar No. 24094808
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Benjamin.Lyles@usdoj.gov
*Attorney-in-Charge for Defendants*

Dated this 12th day of January, 2024.