# Exhibit A

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board,<br><br>    Defendants. | Civil Action No. 1:24-cv-00001 |

**DECLARATION OF JAMIN GALLMAN IN SUPPORT OF
PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Pursuant to 28 U.S.C. § 1746, I, Jamin Gallman, declare as follows:

1. I am Director of Human Resources, Diversity, and Learning at Space Exploration Technologies Corp. (SpaceX).

2. In this role, I manage SpaceX's Diversity & Inclusion, new employee onboarding, and learning development teams. I also manage the Human Resources team at SpaceX's Starbase facility in Boca Chica, Texas.

3. I am currently based at the Starbase facility. Previously, I worked at SpaceX's facility in Hawthorne, California.

4. SpaceX was founded in 2002 in a small warehouse in El Segundo, California with the audacious goal of making life multiplanetary.

5. Today the company operates two primary businesses in furtherance of that objective: a space launch business and a global satellite-based internet service, known as Starlink.

6. SpaceX's space launch business designs, manufactures, and launches advanced rockets and spacecraft to take customer payloads to space, including satellites, cargo for the International Space Station, astronauts for NASA and its international partners, and other human spaceflight participants. Customers of SpaceX's launch business include NASA and various U.S. government defense and intelligence agencies, foreign governments, domestic and international satellite operators and telecommunications companies, scientific and educational institutions, and others. As of today, SpaceX is the world's leading launch-services provider. In 2023, SpaceX completed 96 Falcon missions, including missions for a variety of U.S. government and commercial customers as well as Starlink missions to rapidly deploy that constellation, as well as 2 test launches of the company's new Starship launch system.

7. Starship, the most powerful rocket ever built, is fully reusable and will enable humans to travel to the Moon, Mars, and other destinations in the solar system. NASA has selected Starship to deliver the next American astronauts to and from the surface of the Moon as part of the Artemis program.

8. SpaceX's satellite business designs, manufactures, launches, and operates advanced communications satellites. This business includes Starlink, the world's most advanced satellite-based internet service. Starlink uses a low-Earth-orbit satellite constellation—already the world's largest at more than 5,000 satellites and counting—and ground infrastructure around the globe to deliver low-latency, high-speed internet capable of supporting streaming, video calls, and more. It also includes Starshield, a separate, highly secure satellite network for U.S. government entities, including the defense and intelligence communities.

9. SpaceX's accomplishments have enabled the company to grow rapidly, especially in recent years. The company currently employs more than 14,000 people in facilities around the country, including in its Starbase manufacturing and launch facility in Boca Chica, Texas, its rocket development facility in McGregor, Texas; human spaceflight mission operations and integration facility Houston, Texas; Starlink manufacturing facility in Bastrop, Texas; and its facilities in Florida, Washington State, California, and Washington, D.C.

10. SpaceX's Starbase facility in Boca Chica, Texas, is SpaceX's fastest-growing facility and employs eighteen human resources professionals and more than 2,225 employees generally.

11. SpaceX's management and senior decisionmakers are based at different facilities around the country, including Starbase and SpaceX's McGregor, Texas facility. For example, six of SpaceX's twenty-four Vice Presidents are based in Texas. Three are based at Starbase and

3

three at the McGregor, Texas facility. Additionally, Gwynne Shotwell, SpaceX's President and Chief Operating Officer, is based at the McGregor, Texas facility and lives nearby.

12. I understand that the National Labor Relations Board has accused SpaceX of alleged unfair labor practices in connection with SpaceX's response to a June 15, 2022 "open letter" circulated company-wide by certain SpaceX employees and that the Board is requiring SpaceX to participate in a hearing starting March 5, 2024.

13. I understand that participating in this administrative proceeding—whether SpaceX wins or loses—will result in very significant litigation costs, including attorney's fees, that will never be recovered from the National Labor Relations Board or the United States. I also understand that SpaceX has already incurred significant expenses defending itself against the NLRB's charges.

14. I understand that preparing for this hearing will require the time and attention of many SpaceX personnel and officers, including, among many others, myself and other members of the SpaceX Human Resources team who were involved in the events leading up to and after the dissemination of the open letter.

15. I understand that some SpaceX personnel and officers are likely to participate at the hearing as witnesses.

16. For example, I understand that it is likely that Gwynne Shotwell, John Edwards (VP for Falcon launch vehicles), and Brian Bjelde (VP for Human Resources), among other senior business leaders, would likely be called to testify in these proceedings.

17. The employee time required for preparation and participation in the Board's hearing will impose major burdens on SpaceX's resources and will distract its personnel from

their usual work for the company, including upcoming missions that are tremendously important to both SpaceX and the goals the United States.

18. The next two to three months include some three dozen Falcon 9 missions, such as on January 17, 2024, when SpaceX is scheduled to take a group of private citizens to the International Space Station ("ISS"), and in February, when SpaceX is scheduled to take a crew of NASA astronauts to the ISS. There are also currently scheduled missions in February when SpaceX will be part of launching a spacecraft to the Moon. Then in April, SpaceX plans to launch a crew of private astronauts on a mission to orbit the Earth, which is expected to include a spacewalk.

19. In addition, during this same period, SpaceX personnel are intensely focused on the Starship development effort, with the third test flight scheduled for mid-February and fourth scheduled for mid-March, both from its launch site in Boca Chica, Texas.

20. These and other missions over the next several months will require the utmost attention from SpaceX personnel at its facilities across the country, including personnel who are likely to help the company prepare for or to testify at the hearing scheduled for March 5

21. Beyond the cost and diversion of employee time, the administrative proceedings are likely to impact SpaceX's business reputation and goodwill. The accusations by the Board and its prosecutors falsely brand SpaceX as a violator of federal labor law. This accusation has drawn significant public and media attention, which I expect to renew with each new major development in the proceedings until they are stayed or dismissed.

22. This public and media attention is likely harming SpaceX in the competition for talent, employee retention, and customer confidence in SpaceX's ability to accomplish its mission. Competition for engineering talent is fierce in the aerospace industry. SpaceX's

5

competitors include scores of companies, including multiple "traditional" (e.g., United Launch Alliance, a joint venture between Boeing and Lockheed Martin) and "new space" (e.g., Rocket Lab) launch services providers, satellite manufacturers, telecommunications companies, and many more. The Board prosecution's public claim that SpaceX is a violator of federal labor law likely disadvantages the company relative to its competitors in its continued efforts to attract and hire the most talented people on Earth.

23.  I understand that the NLRB is seeking administrative remedies that would have an impact at all facilities across the country, including by requiring meetings, trainings, and communications involving SpaceX management. These remedies would further cause disruption and a diversion of resources.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January **12**, 2024, in **BOCA CHICA, TX**

_____
Jamin Gallman