# AFFIDAVIT OF PROCESS SERVER

## United States District Court for the Southern District of Texas

**Space Exploration Technologies Corp.**

    Plaintiff(s),

VS.

**National Labor Relations Board, a federal administrative agency, et al**

    Defendant(s).

Attorney: Catherine L. Eschbach

Morgan Lewis & Bockius LLP
1000 Louisiana St., #4000
Houston TX 77002



*309218*

**Case Number: 1:24-cv-00001**

Legal documents received by Innovative Legal Solutions, Inc. on **01/05/2024** at **12:05 PM** to be served upon **Marvin E. Kaplan, in his official capacity as a Board Member of the National Labor Relations Board at 1015 Half St., SE, Washington, DC 20570**

I, **Jaydan Donelson**, swear and affirm that on **January 05, 2024** at **3:49 PM**, I did the following:

Served **Marvin E. Kaplan, in his official capacity as a Board Member of the National Labor Relations Board** by delivering a conformed copy of the **Summons in a Civil Action; Civil Cover Sheet; Complaint; Joint Discovery/Case Management Plan; Scheduling Order; Order Setting Conference** to **Dawn Goldstein** as **Deputy Assistant General Counsel & Authorized Agent** of **Marvin E. Kaplan, in his official capacity as a Board Member of the National Labor Relations Board** at **1015 Half St., SE , Washington, DC 20570**.

**Description of Person Accepting Service:**
Sex: Female Age: 55 Height: 5ft4in-5ft8in Weight: 100-130 lbs Skin Color: Caucasian Hair Color: Brown & Gray

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

*Jaydan Donelson* (signature)

**Jaydan Donelson**
Process Server
**Innovative Legal Solutions, Inc.**
5910 Rose St.
Houston TX 77007
(713) 658-0802
cmartinez@myinnovative.net

Internal Job ID:309218



AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

SPACE EXPLORATION TECHNOLOGIES CORP.

*Plaintiff(s)*

v.

NATIONAL LABOR RELATIONS BOARD et al

*Defendant(s)*

Civil Action No. 1:24-cv-00001

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Marvin E. Kaplan, in his official capacity as a Board Member of
        the National Labor Relations Board
    1015 Half Street SE
    Washington, D.C. 20570

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Catherine Eschbach
    1000 Louisiana Street, Suite 4000
    Houston, TX 77002

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Nathan Ochsner, Clerk of Court

Date: January 4, 2024

*s/ Jennifer Longoria*
*Signature of Clerk or Deputy Clerk*