# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

SPACE EXPLORATION
TECHNOLOGIES CORP.,

        Plaintiff,

  v.

NATIONAL LABOR RELATIONS
BOARD, *et al*.,

        Defendants.

Case No. 24-cv-0001

**[PROPOSED]**
**ORDER GRANTING DEFENDANTS' MOTION TO EXPEDITE BRIEFING ON DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C § 1406(a) AND § 1404(a)**

Upon consideration of Defendants National Labor Relations Board, *et al.*'s Motion to Expedite Briefing on Defendants' Motion to Transfer Venue Pursuant to 28 U.S.C. § 1406(a) and 1404(a), it is hereby ordered that the motion is **GRANTED**.

Accordingly, the parties' briefing schedule is amended to the following:

- Plaintiff's response in opposition to Motion to Transfer: January 22;
- Defendants' reply: within 7 days of filing of Plaintiff's opposition; and
- Plaintiff's surreply: within 7 days of filing of Defendants' reply.

**SO ORDERED** on January _____, 2024.

_____
Rolando Olvera
United States District Judge