UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> **Plaintiff,** <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board, <br><br> **Defendants.** | Civil Action No. 1:24-cv-00001 |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO EXTEND PAGE LIMITS

Upon consideration of Plaintiff Space Exploration Corp.'s Motion for Leave to Extend Page Limits, it is hereby ordered that the motion is **GRANTED**. Plaintiff may file its motion for a preliminary injunction not to exceed 25 pages.

**SO ORDERED** on January ___, 2024

                                                                                             _____
                                                                                             Rolando Olvera
                                                                                             United States District Judge

Dated: January 17, 2024   Respectfully submitted,

By: <u>*s/ Catherine L. Eschbach*</u>

**MORGAN LEWIS & BOCKIUS LLP**
Catherine L. Eschbach
Attorney-In-Charge
1000 Louisiana Street, Suite 4000
Houston, TX 77002-50006
catherine.eschbach@morganlewis.com
(713) 890-5719

Harry I. Johnson, III (*pro hac vice*)
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
(310) 907-1000

Michael E. Kenneally (*pro hac vice*)
Amanda L. Salz (*pro hac vice*)
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004-2541
michael.kenneally@morganlewis.com
amanda.salz@morganlewis.com
(202) 739-3000

*Attorneys for Plaintiff Space Exploration Technologies Corporation*


s/ *Benjamin S. Lyles*
BENJAMIN S. LYLES
Assistant United States Attorney
S.D. Tex. ID No. 3062156
State Bar No. 24094808
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Benjamin.Lyles@usdoj.gov
Attorney-in-Charge for Defendants

s/ *David P. Boehm*
DAVID P. BOEHM
Trial Attorney
D.C. Bar No. 1033755 – pro hac vice
1015 Half Street, S.E. - 4th Floor
Washington, DC 20003
Telephone: (202) 273-4202
Email: David.boehm@nlrb.gov

*Attorneys for the National Labor Relations Board, Jennifer Abruzzo, Lauren M. McFerran, Marvin E. Kaplan, Gwynne E. Wilcox, and David M. Prouty*