# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>Plaintiff,<br><br>v.<br><br>NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board,<br><br>Defendants. | Case No. 1:24-cv-00001 |

## [PROPOSED] ORDER GRANTING MOTION TO REDACT

2924144.1

AND NOW, this ___ day of _____, 2024, the Court GRANTS Proposed Intervenors' motion to redact the names of four non-parties from an exhibit to Defendants' motion to transfer venue, for good cause shown pursuant to Federal Rule of Civil Procedure 5.2(e).

Defendants shall promptly file a public version of the exhibit currently filed under seal at ECF 31, redacted in accordance with this Order.

Dated: _____, 2024

                                          Hon. Rolando Olvera
                                          United States District Judge