UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | | Case Number | |
|---|---|---|---|
| | | | |

| *versus* |
|---|
| |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | |
|---|---|

| Name of party applicant seeks to appear for: | |
|---|---|

| Has applicant been sanctioned by any bar association or court?   Yes _____   No _____<br><br>On a separate sheet for each sanction, please supply the full particulars. |
|---|

| Dated: | Signed: *[signature: Grace Powell]* |
|---|---|

| The state bar reports that the applicant's status is:   Active |
|---|
| Dated:  1/18/24     Clerk's signature     s/Juanita Tabares |

**Order**     **This lawyer is admitted *pro hac vice*.**

Dated: _____     _____
                                                                United States District Judge