UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> **Plaintiff,** <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board, <br><br> **Defendants.** | Civil Action No. 1:24-cv-00001 |

## [PROPOSED] ORDER DENYING DEFENDANTS' MOTION TO EXPEDITE BRIEFING ON DEFENDANTS' MOTION TO TRANSFER VENUE PURSUANT TO 28 U.S.C § 1406(a) AND § 1404(a)

Upon consideration of Defendants' Motion To Expedite Briefing On Defendants' Motion To Transfer Venue Pursuant To 28 U.S.C. § 1406(a) and § 1404(a), based on the arguments contained therein and the opposition thereto, and the evidence submitted with the briefing, it is hereby ordered that the motion is **DENIED**.

**SO ORDERED** on January ___, 2024

                                                                               _____
                                                                               Rolando Olvera
                                                                               United States District Judge