United States District Court
Southern District of Texas

**ENTERED**
January 18, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT                SOUTHERN DISTRICT OF TEXAS

# Motion and Order for Admission *Pro Hac Vice*

| Division | Brownsville | Case Number | 1:24-cv-00001 |
|---|---|---|---|

| Space Exploration Technologies Corp. |
|---|
| *versus* |
| National Labor Relations Board, et al. |

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone & Email<br>Licensed: State & Number<br>Federal Bar & Number | Grace L. Pezzella<br>National Labor Relations Board<br>1015 Half Street S.E., Floor 4<br>Washington, D.C. 20003<br>(202) 273-0247  grace.pezzella@nlrb.gov<br>Massachusetts 709601<br>9th Cir. (# N/A), 11th Cir. (# N/A) |
|---|---|

| Name of party applicant seeks to appear for: | All Defendants |
|---|---|

Has applicant been sanctioned by any bar association or court?   Yes ___   ___ No ___ ✔ ___

On a separate sheet for each sanction, please supply the full particulars.

| Dated: Jan. 17, 2024 | Signed: *(signature)* Grace L. Pezzella |
|---|---|

| The state bar reports that the applicant's status is:   Active |
|---|
| Dated: 1/18/24   Clerk's signature   s/Juanita Tabares |

### Order

This lawyer is admitted *pro hac vice*.

Dated: January 18, 2024

_____
United States District Judge