UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board, <br><br> Defendants. | Civil Action No. 1:24-cv-00001 |

**CERTIFICATE OF INTERESTED PARTIES**

Pursuant to Order Setting Conference dated January 4, 2024 (Dkt. No. 10), the undersigned counsel for Plaintiff Space Exploration Technologies Corp. ("SpaceX") lists the following persons or other entities that are financially interested, or otherwise directly interested, in this litigation:

1. Space Exploration Technologies Corp., Plaintiff
2. National Labor Relations Board, a federal administrative agency, Defendant
3. Jennifer Abruzzo, in her official capacity as the General Counsel of the National Labor Relations Board, Defendant
4. Lauren M. McFerran, in her official capacity as Chairman of the National Labor Relations Board, Defendant
5. Marvin E. Kaplan, in his official capacity as Board Member of the National Labor Relations Board, Defendant
6. Gwynne A. Wilcox, in her official capacity as Board Member of the National Labor Relations Board, Defendant
7. David M. Prouty, in his official capacity as Board member of the National Labor Relations Board, Defendant
8. John Doe, in his official capacity as an Administrative Law Judge of the National Labor Relations Board, Defendant
9. United States of America, appropriates funds for and assumes debts of Defendants.

The undersigned counsel for Plaintiff SpaceX, separately lists the following persons as attorneys of record:

1. Catherine L. Eschbach, Plaintiff's attorney
2. Harry I. Johnson, III, Plaintiff's attorney
3. Michael E. Kenneally, Plaintiff's attorney
4. Amanda L. Salz, Plaintiff's attorney
5. Alamdar S. Hamdani, Defendants' attorney
6. Daniel David Hu, Defendants' attorney
7. Benjamin S. Lyles, Defendants' attorney
8. Kevin P. Flanagan, Defendants' attorney
9. David P. Boehm, Defendants' attorney
10. Daniel Brasil Becker, Defendants' attorney
11. Grace L. Pezzella, Defendants' attorney
12. Laurie Burgess, Proposed Intervenors' attorney
13. Anne Shaver, Proposed Intervenors' attorney
14. Nimish Desai, Proposed Intervenors' attorney

Dated: January 19, 2024                    Respectfully submitted,

By:    *s/ Catherine L. Eschbach*

**MORGAN LEWIS & BOCKIUS LLP**
Catherine L. Eschbach
Attorney-In-Charge
1000 Louisiana Street, Suite 4000
Houston, TX 77002-50006
catherine.eschbach@morganlewis.com
(713) 890-5719

Harry I. Johnson, III (*pro hac vice*)
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
(310) 907-1000

Michael E. Kenneally (*pro hac vice*)
Amanda L. Salz (*pro hac vice*)
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004-2541
michael.kenneally@morganlewis.com
amanda.salz@morganlewis.com
(202) 739-3000

*Attorneys for Plaintiff Space Exploration Technologies Corporation*

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification to all parties of record.

s/ <i>Catherine L. Eschbach</i><br>
Catherine L. Eschbach