UNITED STATUS DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES, CORP., § <br> Plaintiff § <br> § <br> VS. § <br> § <br> NATIONAL LABOR RELATIONS BOARD, a § <br> federal administrative agency, JENNIFER ABRUZZO, § <br> in her official capacity as the General Counsel of the § <br> National Labor Relations Board, LAUREN M. § <br> McMERRAN, in her official capacity as the Chairman § <br> of the National Labor Relations Board, MARVIN E. § <br> KAPLAN, GWYNNE A. WILCOX, and DAVID M. § <br> PROUTY, in their official capacities as Board Members § <br> of the National Labor Relations Board, and JOHN DOE § <br> in his official capacity as an Administrative Law Judge § <br> of the National Labor Relations Board § <br> Defendants § | Civil Action No. 1:24-cv-00001 |

## **NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW Plaintiff, Space Exploration Technologies Corp., ("SpaceX") and files this Notice of Appearance of Additional Counsel, adding David G. Oliveira of ROERIG, OLIVEIRA & FISHER, LLP as additional counsel in all matters relevant to the captioned suit, in addition to its Attorney-in-Charge, Catherine Eschbach with Morgan, Lewis & Bockius, LLP, 1000 Louisiana Street, Suite 4000, Houston, Texas 77002-5006:

David G. Oliveira
State Bar No. is 15254675
Federal ID No. 34165
ROERIG, OLIVIERA & FISHER, LLP
10225 N. 10th Street
McAllen, Texas 78502
Telephone: (956) 393-6300
Facsimile:  (956) 386-1625

doliveira@rofllp.com
lizg@rofllp.com

Mr. Oliveira is a member in good standing for the Southern District of Texas.

Plaintiff SpaceX requests that copies of notices and pleadings given or filed in this matter be served upon its counsel of record, including David G. Oliveira of ROERIG, OLIVEIRA & FISHER, LLP and Catherine Eschbach.

Dated: January 26, 2024

>Respectfully submitted,
>
>**ROERIG, OLIVEIRA & FISHER, L.L.P.**
>
>By:   */s/ David G. Oliveira*
>David G. Oliveira
>Texas State Bar No. 15254675
>Federal ID No. 34165
>10225 N. Tenth St.
>McAllen, Texas 78504
>(956) 393-6300 Telephone
>(956) 386-1625 Telecopier
>Email: doliveira@rofllp.com
>Email: lizg@rofllp.com
>**ATTORNEY FOR PLAINTIFF SPACE EXPLORATION TECHNOLOGIES CORP.**

**Of Counsel**

Catherine L. Eschbach
MORGAN, LEWIS & BOCKIUS, LLP
Attorney in Charge
1000 Louisiana Street, Suite 4000
Houston, Texas 77002-5006
(713) 890-5719 (Tel)
Email: catherine.eschbach@morganlewis.com

Harry I. Johnson, III (*pro hac vice*)
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
(310) 907-1000

Michael E. Kenneally (*pro hac vice*)
Amanda L. Salz (*pro hac vice*)
1111 Pennsylvania Avenue, N.W.
Washington, DC 20004-2541
(202) 739-3000 (Tel)
Email: amanda.salz@morganlewis.com

David G. Oliveira
ROERIG, OLIVEIRA & FISHER, LLP
10225 N. Tenth St.
McAllen, Texas 78504
(956) 393-6300 Telephone
(956) 386-1625 Telecopier
Email: doliveira@rofllp.com
Email: lizg@rofllp.com
**ATTORNEY FOR PLAINTIFF SPACE EXPLORATION TECHNOLOGIES CORP.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 26th day of January, 2024, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system pursuant to the Federal Rules of Civil Procedure. Parties may access this filing though the Court's system.

/s/ David G. Oliveira_____
**DAVID G. OLIVEIRA**