UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>Plaintiff,<br>v.<br><br>NATIONAL LABOR RELATIONS BOARD, *et al.*,<br><br>Defendants. | Case No. 24-cv-0001 |

## CERTIFICATE OF SERVICE

    I hereby certify that on January 30, 2024, I electronically filed the foregoing Motion with the Clerk of the Court using the CM/ECF system, which will automatically send notification of the filing to all counsel of record.

s/ Grace L. Pezzella
GRACE L. PEZZELLA
*Trial Attorney*
MA Bar No. 709601 – *pro hac vice*
1015 Half Street, S.E. - 4th Floor
Washington, DC 20003
Telephone: (202) 273-0247
Email: Grace.Pezzella@nlrb.gov

Dated this 30th day of January, 2024.

1