UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| **SPACE EXPLORATION TECHNOLOGIES CORP.,**<br><br>**Plaintiff,**<br><br>v.<br><br>**NATIONAL LABOR RELATIONS BOARD, et al.,**<br><br>**Defendants.** | Civil Action No. 1:24-cv-00001 |

### [PROPOSED] ORDER

The Motion for Pacific Legal Foundation to File as *Amicus Curiae* in Support of Space Exploration Technologies Corp.'s Motion for a Preliminary Injunction is hereby GRANTED. The Court GRANTS Pacific Legal Foundation *amicus curiae* status and GRANTS its request to file a brief in support of the motion for a preliminary injunction filed by Plaintiff. The Clerk is directed to accept the proposed brief for filing.

**IT IS SO ORDERED.**

SIGNED this \_\_\_\_ day of _____, 2024.

_____
The Honorable Rolando Olvera
United States District Judge