UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff, <br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, *et al*., <br><br> Defendants. | Case No. 24-cv-0001 |

**PROPOSED ORDER GRANTING PARTIES' JOINT MOTION FOR LEAVE TO EXTEND PAGE LIMITS**

Upon consideration of the Parties' Joint Motion for Leave to Extend Page Limits, it is hereby ordered that the motion is **GRANTED**. Defendants may file its response in opposition to Plaintiff's motion for a preliminary injunction not to exceed 35 pages. Plaintiff may thereafter file a reply of no more than 30 pages. Defendants' surreply shall not exceed 20 pages.

**SO ORDERED** on February 1st , 2024.

_____
Rolando Olvera
United States District Judge

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| ALAMDAR S. HAMDANI<br>*United States Attorney*<br>*Southern District of Texas* | NATIONAL LABOR RELATIONS BOARD<br>*Contempt, Compliance, and*<br>*  Special Litigation Branch* |
| By:<br>BENJAMIN S. LYLES<br>*Assistant United States Attorney*<br>S.D. Tex. ID No. 3062156<br>State Bar No. 24094808<br>1701 W. Bus. Highway 83, Suite 600<br>McAllen, TX 78501<br>Telephone: (956) 618-8010<br>Facsimile: (956) 618-8016<br>E-mail: Benjamin.Lyles@usdoj.gov<br>*Attorney-in-Charge for Defendants*<br><br>Dated this 30th day of January, 2024. | KEVIN P. FLANAGAN<br>*Deputy Assistant General Counsel*<br><br>DANIEL BRASIL BECKER<br>*Trial Attorney*<br><br>DAVID P. BOEHM<br>*Trial Attorney*<br><br>s/Grace L. Pezzella<br>GRACE L. PEZZELLA<br>*Trial Attorney*<br>MA Bar No. 709601 – *pro hac vice*<br>1015 Half Street, S.E. - 4th Floor<br>Washington, DC 20003<br>Telephone: (202) 273-0247<br>Email: Grace.Pezzella@nlrb.gov |

|  |  |
|---|---|
|  | Respectfully submitted, |
|  | By: s/*Catherine L. Eschbach* |
| ROERIG, OLIVEIRA & FISHER, L.L.P.<br>David G. Oliveira<br>10225 N. Tenth Street<br>McAllen, TX 78504<br>doliveira@rofllp.com<br>(956) 393-6300 | MORGAN LEWIS & BOCKIUS LLP<br>Catherine L. Eschbach<br>Attorney-In-Charge<br>1000 Louisiana Street, Suite 4000<br>Houston, TX 77002-5006<br>catherine.eschbach@morganlewis.com<br>(713) 890-5719<br><br>Harry I. Johnson, III (pro hac vice)<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067-3109<br>harry.johnson@morganlewis.com<br>(310) 907-1000<br><br>Michael E. Kenneally (pro hac vice)<br>Amanda L. Salz (pro hac vice)<br>1111 Pennsylvania Avenue, N.W.<br>Washington, DC  20004-2541<br>michael.kenneally@morganlewis.com<br>amanda.salz@morganlewis.com<br>(202) 739-3000<br><br>*Attorneys for Plaintiff*<br>*Space Exploration Technologies Corp.* |