# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., | Case No.  1:24-cv-00001 |
| | |
| Plaintiff, | |
| | |
| v. | |
| | |
| NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board, | |
| | |
| Defendants. | |

## [PROPOSED] ORDER

The Motion for Charging Parties to File as *Amicus Curiae* in Support of Defendants' Motion to Transfer Venue is hereby GRANTED. The Court GRANTS Charging Parties *amicus curiae* status and GRANTS their request to file a brief in support of the motion to transfer venue filed by Defendants. The Clerk is directed to accept the proposed brief for filing.

**It is so ordered.**

Dated: _____, 2024

_____
Hon. Rolando Olvera
United States District Judge

2937354.1

Dated: February 5, 2024                Respectfully submitted,


                                           */s/Anne B. Shaver*

Anne B. Shaver (admitted *pro hac vice*)
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Phone: (415) 956-1000
Fax: (415) 956-1008
ashaver@lchb.com

Laurie Burgess (admitted *pro hac vice*)
Burgess Law Offices, P.C.
498 Utah Street
San Francisco, CA 94110
Phone: (312) 320-1718
lburgess@burgess-laborlaw.com

*Counsel for Charging Parties*

- 2 -

Respectfully submitted,

ALAMDAR S. HAMDANI
*United States Attorney*
*Southern District of Texas*

By:*/s/Benjamin S. Lyles*
BENJAMIN S. LYLES
*Assistant United States Attorney*
S.D. Tex. ID No. 3062156
State Bar No. 24094808
1701 W. Bus. Highway 83, Suite 600
McAllen, TX 78501
Telephone: (956) 618-8010
Facsimile: (956) 618-8016
E-mail: Benjamin.Lyles@usdoj.gov
*Attorney-in-Charge for Defendants*

NATIONAL LABOR RELATIONS BOARD
*Contempt, Compliance, and*
*Special Litigation Branch*

KEVIN P. FLANAGAN
*Deputy Assistant General Counsel*

DANIEL BRASIL BECKER
*Trial Attorney*

DAVID P. BOEHM
*Trial Attorney*

GRACE L. PEZZELLA
*Trial Attorney*
MA Bar No. 709601 – *pro hac vice*
1015 Half Street, S.E. - 4th Floor
Washington, DC 20003
Telephone: (202) 273-0247
Email: Grace.Pezzella@nlrb.gov

2937354.1

Respectfully submitted,

ROERIG, OLIVEIRA & FISHER, L.L.P.          By: s/*Catherine L. Eschbach*
David G. Oliveira
10225 N. Tenth Street
McAllen, TX 78504                          MORGAN LEWIS & BOCKIUS LLP
doliveira@rofllp.com                       Catherine L. Eschbach
(956) 393-6300                             Attorney-In-Charge
                                           1000 Louisiana Street, Suite 4000
                                           Houston, TX 77002-5006
                                           catherine.eschbach@morganlewis.com
                                           (713) 890-5719

                                           Harry I. Johnson, III (pro hac vice)
                                           2049 Century Park East, Suite 700
                                           Los Angeles, CA 90067-3109
                                           harry.johnson@morganlewis.com
                                           (310) 907-1000

                                           Michael E. Kenneally (pro hac vice)
                                           Amanda L. Salz (pro hac vice)
                                           1111 Pennsylvania Avenue, N.W.
                                           Washington, DC 20004-2541
                                           michael.kenneally@morganlewis.com
                                           amanda.salz@morganlewis.com
                                           (202) 739-3000

                                           *Attorneys for Plaintiff*
                                           *Space Exploration Technologies Corp.*