United States District Court
Southern District of Texas
**ENTERED**
February 06, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board, <br><br> Defendants. | Case No. 1:24-cv-00001 |

**[ORDER**

2937354.1

- 1 -

The Motion for Charging Parties to File as *Amicus Curiae* in Support of Defendants' Motion to Transfer Venue is hereby GRANTED. The Court GRANTS Charging Parties *amicus curiae* status and GRANTS their request to file a brief in support of the motion to transfer venue filed by Defendants. The Clerk is directed to accept the proposed brief for filing.

**It is so ordered.**

Dated:  February 6, 2024.

_____
Hon. Rolando Olvera
United States District Judge

Dated: February 5, 2024 　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　/s/ *Anne B. Shaver*
　　　　　　　　　　　　　　　　　　────────────────────────

　　　　　　　　　　　　　　　　　　Anne B. Shaver (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
　　　　　　　　　　　　　　　　　　275 Battery Street, 29th Floor
　　　　　　　　　　　　　　　　　　San Francisco, CA 94111-3339
　　　　　　　　　　　　　　　　　　Phone: (415) 956-1000
　　　　　　　　　　　　　　　　　　Fax: (415) 956-1008
　　　　　　　　　　　　　　　　　　ashaver@lchb.com

　　　　　　　　　　　　　　　　　　Laurie Burgess (admitted *pro hac vice*)
　　　　　　　　　　　　　　　　　　Burgess Law Offices, P.C.
　　　　　　　　　　　　　　　　　　498 Utah Street
　　　　　　　　　　　　　　　　　　San Francisco, CA 94110
　　　　　　　　　　　　　　　　　　Phone: (312) 320-1718
　　　　　　　　　　　　　　　　　　lburgess@burgess-laborlaw.com

　　　　　　　　　　　　　　　　　　*Counsel for Charging Parties*

2937354.1

|  |  |
|---|---|
|  | Respectfully submitted, |
| ALAMDAR S. HAMDANI<br>*United States Attorney*<br>*Southern District of Texas* | NATIONAL LABOR RELATIONS BOARD<br>*Contempt, Compliance, and*<br>*Special Litigation Branch* |
| By:*/s/Benjamin S. Lyles*<br>BENJAMIN S. LYLES<br>*Assistant United States Attorney*<br>S.D. Tex. ID No. 3062156<br>State Bar No. 24094808<br>1701 W. Bus. Highway 83, Suite 600<br>McAllen, TX 78501<br>Telephone: (956) 618-8010<br>Facsimile: (956) 618-8016<br>E-mail: Benjamin.Lyles@usdoj.gov<br>*Attorney-in-Charge for Defendants* | KEVIN P. FLANAGAN<br>*Deputy Assistant General Counsel*<br><br>DANIEL BRASIL BECKER<br>*Trial Attorney*<br><br>DAVID P. BOEHM<br>*Trial Attorney*<br><br>GRACE L. PEZZELLA<br>*Trial Attorney*<br>MA Bar No. 709601 – *pro hac vice*<br>1015 Half Street, S.E. - 4th Floor<br>Washington, DC 20003<br>Telephone: (202) 273-0247<br>Email: Grace.Pezzella@nlrb.gov |

|  |  |
|---|---|
|  | Respectfully submitted, |
| ROERIG, OLIVEIRA & FISHER, L.L.P.<br>David G. Oliveira<br>10225 N. Tenth Street<br>McAllen, TX 78504<br>doliveira@rofllp.com<br>(956) 393-6300 | By: s/*Catherine L. Eschbach*<br><br>MORGAN LEWIS & BOCKIUS LLP<br>Catherine L. Eschbach<br>Attorney-In-Charge<br>1000 Louisiana Street, Suite 4000<br>Houston, TX 77002-5006<br>catherine.eschbach@morganlewis.com<br>(713) 890-5719<br><br>Harry I. Johnson, III (pro hac vice)<br>2049 Century Park East, Suite 700<br>Los Angeles, CA 90067-3109<br>harry.johnson@morganlewis.com<br>(310) 907-1000<br><br>Michael E. Kenneally (pro hac vice)<br>Amanda L. Salz (pro hac vice)<br>1111 Pennsylvania Avenue, N.W.<br>Washington, DC 20004-2541<br>michael.kenneally@morganlewis.com<br>amanda.salz@morganlewis.com<br>(202) 739-3000<br><br>*Attorneys for Plaintiff*<br>*Space Exploration Technologies Corp.* |