# EXHIBIT B



Berlin, Germany to Los Angeles, California

 **Berlin, Germany—Los Angeles, CA**

Connecting 1 or more stops      14 hr 25 min+
Round trip price, Feb 24 – 28    from $674
KLM, Delta, British Airways…

See results on Google Flights

## Explore Los Angeles

 Restaurants    Hotels    Bars    Coffee    More

# EXHIBIT B



Berlin, Germany to Brownsville, Texas

 **Berlin, Germany—Brownsville, TX**
Connecting 2 or more stops    17 hr 10 min+
Round trip price, Feb 24 – 28    from $973
American, British Airways, United…

See results on Google Flights

## Explore Brownsville

 Restaurants    Hotels    Bars    Coffee    More

# EXHIBIT B

Raleigh, North Carolina to Los Angeles, California



### Raleigh, NC—Los Angeles, CA

| | |
|---|---|
| Nonstop (1–2 per day) | 5 hr 50 min |
| Connecting | 7 hr 5 min+ |
| Round trip price, Feb 24 – 28 | from $223 |
| Spirit, American, United… | |

See results on Google Flights

## Explore Los Angeles

 Restaurants     Hotels     Bars     Coffee     More

# EXHIBIT B



 **Raleigh, NC—Brownsville, TX**
Connecting 1 or more stops      5 hr 45 min+
Round trip price, Feb 24 – 28       from $378
American, United…

See results on Google Flights

## Explore Brownsville

 Restaurants    Hotels    Bars    Coffee    More