United States District Court
Southern District of Texas
**ENTERED**
February 15, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., Plaintiff, § § § § | |
| v. § | Civil Action No. 1:24-cv-00001 |
| NATIONAL LABOR RELATIONS BOARD ET AL., Defendants. § § § § § | |

## ORDER

Before the Court is the "Motion of Pacific Legal Foundation to File Brief as *Amicus Curiae* in Support of Space Exploration Technologies Corp.'s Motion for a Preliminary Injunction" ("Motion") (Dkt. No. 62).

In the Motion's certificate of conference, Pacific Legal Foundation ("PLF") states that "[c]ounsel for the NLRB Defendants take no position on the motion." Dkt. No. 62 at 7. However, Defendants stated in their "Joint Motion for Leave to File Excess Pages" (Dkt. No. 61), that "Defendants were contacted by Pacific Legal Foundation, [...] who intends to file an amicus brief in support of Plaintiff's request for a preliminary injunction, which Defendants will also not oppose." Dkt. No. 61 at 1.

The Court is satisfied that Defendants' representation in this previous motion deems PLF's Motion unopposed. Thus, PLF's Motion (Dkt. No. 62) is **GRANTED**.

Signed on this 15th day of February, 2024.

Rolando Olvera
United States District Judge