UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

1:24cv1

United States District Court
Southern District of Texas
**ENTERED**
March 05, 2024
Nathan Ochsner, Clerk

JS-6

| | |
|---|---|
| Case No. CV 24-1352-CBM(AGRx) | Date MARCH 4, 2024 |

Title: Space Exploration Technologies Corp. v. National Labor Relations Board et al

Present: The Honorable CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

Attorneys Present for Plaintiffs:       Attorneys Present for Defendants:

None Present                                      None Present

**Proceedings:    IN CHAMBERS-ORDER AND NOTICE TO ALL PARTIES**

Counsel are hereby notified that pursuant to the Judge's directive, and pursuant to the Notice of the Southern District of Texas Order requesting return of the transferred case [105], this case is hereby ordered returned and transferred to the Southern District of Texas as ordered by the Fifth Circuit.

IT IS SO ORDERED.

cc: all parties