# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
April 17, 2024
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
April 17, 2024
Lyle W. Cayce
Clerk

No. 24-40103

IN RE SPACE EXPLORATION TECHNOLOGIES, CORPORATION,

*Petitioner.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:24-CV-1

---

### UNPUBLISHED ORDER

Before ELROD, HAYNES, and DOUGLAS, *Circuit Judges*.

PER CURIAM:

  IT IS ORDERED that the administrative stay of the district court's order is removed.

# *United States Court of Appeals*
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

April 17, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 24-40103    In re: Space Exploration Technologies
                         USDC No. 1:24-CV-1

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

*Christina Rachal*

By: _____
Christina C. Rachal, Deputy Clerk
504-310-7651

Mr. David Paul Boehm
Ms. Elizabeth Joan Cabraser
Ms. Catherine Lynn Eschbach
Mr. Harry Isaac Johnson III
Mr. Michael E. Kenneally
Mr. Benjamin Storey Lyles
Mr. Nathan Ochsner
Mr. Michael Rubin
Ms. Amanda Leigh Salz
Mr. Paul A. Thomas