UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> **Plaintiff,** <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board, <br><br> **Defendants.** | Civil Action No. 1:24-cv-00001 |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR RECONSIDERATION OR, IN THE ALTERNATIVE, A RULING ON ITS PRELIMINARY INJUNCTION MOTION

Upon consideration of Plaintiff's Motion for Reconsideration or, in the Alternative, a Ruling on its Preliminary Injunction Motion, based on the arguments contained therein and the opposition thereto, and the evidence submitted with the briefing, it is hereby ordered that the Motion is **GRANTED**.

**SO ORDERED** on April ___, 2024

_____
Rolando Olvera
United States District Judge

1