✎AO 154  (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

**Southern** District of **Texas**

Space Exploration Technologies Corp.
                Plaintiff (s),

V.

National Labor Relations Board, et al.
                Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 24-cv-00001

Notice is hereby given that, subject to approval by the court, **All Defendants** (Party (s) Name) substitutes **Dalford D. Owens Jr. (S.D. Tex Bar No. 1132540)** (Name of New Attorney), State Bar No. **24060907** as counsel of record in place of **Benjamin S. Lyles** (Name of Attorney (s) Withdrawing Appearance).

Contact information for new counsel is as follows:

| | |
|---|---|
| Firm Name: | National Labor Relations Board |
| Address: | 1015 Half Street--Floor 4, Washington, D.C.  20570 |
| Telephone: | 202-273-2934       Facsimile  202-273-4244 |
| E-Mail (Optional): | dean.owens@nlrb.gov |

I consent to the above substitution.
Date: 4/19/2024

DAVID BOEHM  *Digitally signed by DAVID BOEHM Date: 2024.04.19 14:14:56 -04'00'*
NANCY PLATT  *Digitally signed by NANCY PLATT Date: 2024.04.19 15:36:49 -04'00'*
(Signature of Party (s))

I consent to being substituted.
Date: 4/19/2024

BENJAMIN LYLES  *Digitally signed by BENJAMIN LYLES Date: 2024.04.19 14:21:52 -05'00'*
(Signature of Former Attorney (s))

I consent to the above substitution.
Date: 4/19/2024

DALFORD OWENS  *Digitally signed by DALFORD OWENS Date: 2024.04.19 14:24:16 -04'00'*
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**