## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff, <br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, *et al*., <br><br> Defendants. | Case No. 24-cv-0001 |

### [PROPOSED]
### ORDER DENYING RECONSIDERATION

Before the Court is Plaintiff's Motion asking this Court to reconsider its Order of February 15, 2024 [ECF 82], finding this case should be transferred to the Central District of California pursuant to 28 U.SC. § 1406(a), or in the alternative, to grant Plaintiff's pending motion for a preliminary injunction prior to transfer. Having considered the submissions of the parties, this Court finds that Plaintiff has failed to meet the burden required for reconsideration and that its alternative request is not properly directed to this Court. Accordingly, the Motion is **DENIED**.

**SO ORDERED** on this _____ day of _____, 2024.

The Clerk is **DIRECTED** to give immediate effect to the Court's February 15 Order and forthwith transmit the record of this proceeding to the Central District of California.

_____
Rolando Olvera
United States District Judge