# Exhibit A

| | |
|---|---|
| **From:** | Lee, Vanise J. <Vanise.Lee@nlrb.gov> |
| **Sent:** | Wednesday, April 24, 2024 5:30 PM |
| **To:** | lburgess@burgess-laborlaw.com; Ta, Lynn; Van Horn, Julia; Dagdagan, Marissa; Harper, Matthew A.; Johnson, III, Harry I.; Ring, John F.; Emery, Lauren M.; Moll, Stefanie R.; ashaver@lchb.com |
| **Cc:** | DiCrocco, Brian |
| **Subject:** | Re: Special Master's teleconference 5/2 at 12 p.m. PDT in Space Exploration Tech. Corp., 31-CA-307446, et al. |
| **Importance:** | High |

[EXTERNAL EMAIL]

**CAUTION:** This email and any attachments may contain Controlled Unclassified Information (CUI). National Archives and Records Administration (NARA) regulations at 32 CFR Part 2002 apply to all executive branch agencies that designate or handle information that meets the standards for CUI.

Good afternoon, Counsel,
Judge Anzalone as Special Master will conduct the preliminary teleconference, Thursday, May 2, 2024 at 12 p.m., Pacific.  The Region will secure a Court Reporter for the teleconference proceedings. You will receive an Outlook Calendar event to accept with the teleconference link/information.
Thank you.

*Vanise J. Lee, Administrative Officer*
*NLRB Division of Judges*
*1301 Clay Street, Ste., 1550 South*
*Oakland, California*
*Direct – 628.221.8826*
*"Knowledge will forever govern ignorance: And a people who mean to be their own Governors, must arm themselves with the power which knowledge gives." – James Madison.*