# Exhibit B

**UNITED STATES OF AMERICA
BEFORE THE NATIONAL LABOR RELATIONS BOARD
DIVISION OF JUDGES**

| | | |
|---|---|---|
| Space Exploration Technologies Corp. | Cases | 31-CA-307446 |
| | | 31-CA-307532 |
| and | | 31-CA-307539 |
| | | 31-CA-307546 |
| | | 31-CA-307551 |
| | | 31-CA-307555 |
| Anne Shaver | | |
| and | Case | 31-CA-307514 |
| Tom Moline, an Individual | | |
| and | | |
| Paige Hollan-Thielen, an Individual | Case | 31-CA-307525 |

**ALJ ORDER DENYING CHARGING PARTIES'
MOTION FOR RECONSIDERATION OF ORDER POSTPONING HEARING DATES**

1. On April 10, 2024, I issued an Order requesting that the Chief Administrative Law Judge appoint a special master to deal with the multitude of subpoena issues.
2. On April 11, 2024, Chief Administrative Law Judge Giannasi issued an Order appointing Judge Mara-Louise Anzalone as Special Master.
3. On April 16, 2024, I issued an Order Postponing Hearing Dates.
4. On April 18, 2024, Charging Parties filed their Motion for Reconsideration of Order Postponing Hearing Dates.
5. On April 22, 2024, Respondent filed its Opposition to Charging Parties' Motion for Reconsideration of Order Postponing Hearing Dates.

After careful review, I DENY Charging Parties' Motion for Reconsideration of Order Postponing Hearing Dates. Although Charging Party maintains that some document production should take place today, as originally scheduled, many subpoena matters are before the Special Master. As such any dates for production are within the purview of the Special Master, not the presiding Administrative Law Judge, I will not usurp the Special Master's authority here. Further, as written in the Order Requesting a Special Master, the issues to be resolved affect the judicial economy and efficiency to proceed with the hearing. Once these issues are resolved, the plan is to proceed as expeditiously as possible.

Dated, April 24, 2024, Oakland, California.

_Sharon Levinson Steckler_
Sharon Levinson Steckler
Administrative Law Judge
National Labor Relations Board