United States Courts
Southern District of Texas
FILED
May 03, 2024
Nathan Ochsner, Clerk of Court

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
May 3, 2024
Lyle W. Cayce
Clerk

No. 24-40315

SPACE EXPLORATION TECHNOLOGIES, CORPORATION,

*Plaintiff—Appellant,*

*versus*

NATIONAL LABOR RELATIONS BOARD, A FEDERAL ADMINISTRATIVE AGENCY; JENNIFER ABRUZZO, *in her official capacity as the General Counsel of the National Labor Relations Board*; LAUREN M. MCFERRAN, *in her official capacity as the Chairman of the National Labor Relations Board*; MARVIN E. KAPLAN, *in his official capacity as a Board Member of the National Labor Relations Board*; GWYNNE A. WILCOX, *in her official capacity as a Board Member of the National Labor Relations Board*; DAVID M. PROUTY, *in his official capacity as a Board Member of the National Labor Relations Board*; JOHN DOE, *in his official capacity as an Administrative Law Judge of the National Labor Relations Board*,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:24-CV-1

---

## UNPUBLISHED ORDER

Before SMITH, STEWART, and OLDHAM, *Circuit Judges.*

Per Curiam:

IT IS ORDERED that Appellees' opposed motion to dismiss the appeal for lack of jurisdiction is DENIED.

IT IS FURTHER ORDERED that Appellees' opposed motion to expedite the ruling on the motion to dismiss appeal is GRANTED.

# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

May 03, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-40315   Space Exploration Tech v. NLRB  
                   USDC No. 1:24-CV-1

Enclosed is an order entered in this case.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____  
                              Rebecca L. Leto, Deputy Clerk  
                              504-310-7703

Mr. David Paul Boehm  
Ms. Catherine Lynn Eschbach  
Mr. Harry Isaac Johnson III  
Mr. Michael E. Kenneally  
Mr. Benjamin Storey Lyles  
Mr. Nathan Ochsner  
Ms. Amanda Leigh Salz  
Mr. Paul A. Thomas