UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff, <br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board, <br><br> Defendants. | Case No. 24-cv-0001 |

**[PROPOSED]
ORDER SETTING EXPEDITED BRIEFING SCHEDULE
ON MOTION FOR INDICATIVE RULING
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62.1**

Defendants National Labor Relations Board, et al. have moved the Court for entry of an indicative ruling stating that if the matter were remanded for the purpose of entry of an Alternative Relief Order as appended below, the Court would enter a requested order requiring Defendants to cease processing NLRB Case Nos. 31-CA-307446, 31-CA-307532, 31-CA-307539, 31-CA-307546, 31-CA-307551, 31-CA-307555, 31-CA-307514, and 31-CA-307525. Defendants also request an expedited briefing schedule. Because good cause supports briefing

this case on an expedited basis, the motion to expedite briefing is **GRANTED**. Any opposition to the Board's motion for an indicative ruling is due two business days following entry of this Order, any reply is due one business day following filing of any opposition, and any surreply is due one day after the filing of any reply. The Court further reserves the prerogative to rule on the motion prior to filing of any reply or surreply.

**SO ORDERED.**

                                                Rolando Olvera
                                                UNITED STATES DISTRICT JUDGE