**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> Plaintiff, <br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board, <br><br> Defendants. | Case No. 24-cv-0001 |

**[PROPOSED]
INDICATIVE RULING PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62.1**

Before the Court is the Motion of Defendants National Labor Relations Board, et al. for entry of an indicative ruling stating that if the matter were remanded for the purpose of entry of an Alternative Relief Order as appended below, the Court would enter a requested order requiring Defendants to cease processing NLRB Case Nos. 31-CA-307446, 31-CA-307532, 31-CA-307539, 31-CA-307546, 31-CA-307551, 31-CA-307555, 31-CA-307514, and 31-CA-307525. After considering the submissions of the parties, and for good cause shown, the Motion

is **GRANTED**. The Court finds that if the case were remanded for the purpose, the Court would enter the order appended below.

**SO ORDERED.**

                                        Rolando Olvera
                                        UNITED STATES DISTRICT JUDGE

**[PROPOSED]**
**ALTERNATIVE RELIEF ORDER**

Upon remand of the pending appeal in Fifth Circuit Case No. 24-40315 for the purpose of entering this Order, and dismissal of that appeal, Defendants have consented to entry of an order requiring them to cease processing NLRB Case Nos. 31-CA-307446, 31-CA-307532, 31-CA-307539, 31-CA-307546, 31-CA-307551, 31-CA-307555, 31-CA-307514, and 31-CA-307525 in all respects, until final judgment in this action. The necessary conditions for entry of this order having been met, Defendants are **ORDERED** to cease further processing or adjudication of the above-numbered NLRB cases in all respects until final judgment in this action.

This Order will remain law of the case in a transferee court, and Defendants have waived the right to seek reconsideration of the same following transfer. This Order is limited to this case. Defendants do not admit, and the Court does not find, that the standards for contested injunctive relief under the Federal Rules of Civil Procedure have been met in this case.