United States District Court
Southern District of Texas
**ENTERED**
May 20, 2024
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> "Plaintiff", <br><br> VS. <br><br> NATIONAL LABOR RELATIONS BOARD, *et al.*, <br><br> "Defendants". | § § § § § § § § § § § § CIVIL ACTION NO. 1:24-CV-00001 |

## ORDER

On the 17th day of May, 2024, the Clerk erroneously entered the Court's "Order denying Plaintiff's Motion for Reconsideration" (docket no. 123). The Court is awaiting input from the Fifth Circuit.

The Court hereby **RESCINDS** "Order denying Plaintiff's 112 Motion for Reconsideration" (docket no. 123) pending further review.

Signed on May 20, 2024.

Rolando Olvera
United States District Judge

1 / 1