# Exhibit A

# *United States Court of Appeals*

### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

May 02, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

      No. 24-40315   Space Exploration Tech v. NLRB
              USDC No. 1:24-CV-1

Enclosed is an order entered in this case.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____
                    Melissa V. Mattingly, Deputy Clerk
                    504-310-7719

Mr. David Paul Boehm
Ms. Catherine Lynn Eschbach
Mr. Harry Isaac Johnson III
Mr. Michael E. Kenneally
Mr. Benjamin Storey Lyles
Mr. Nathan Ochsner
Ms. Amanda Leigh Salz
Mr. Paul A. Thomas

# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

May 2, 2024

Lyle W. Cayce
Clerk

No. 24-40315

_____

SPACE EXPLORATION TECHNOLOGIES, CORPORATION,

*Plaintiff—Appellant,*

*versus*

NATIONAL LABOR RELATIONS BOARD, a federal administrative agency; JENNIFER ABRUZZO, *in her official capacity as the General Counsel of the National Labor Relations Board*; LAUREN M. MCFERRAN, *in her official capacity as the Chairman of the National Labor Relations Board*; MARVIN E. KAPLAN, *in his official capacity as a Board Member of the National Labor Relations Board*; GWYNNE A. WILCOX, *in her official capacity as a Board Member of the National Labor Relations Board*; DAVID M. PROUTY, *in his official capacity as a Board Member of the National Labor Relations Board*; JOHN DOE, *in his official capacity as an Administrative Law Judge of the National Labor Relations Board*,

*Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:24-CV-1

_____

UNPUBLISHED ORDER

_____

Before SMITH, STEWART, and OLDHAM, *Circuit Judges.*

Per Curiam:

IT IS ORDERED that Appellant's emergency opposed motion for injunction pending appeal is GRANTED.