# Exhibit B

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> **Plaintiff,** <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board, <br><br> **Defendants.** | Civil Action No. 1:24-cv-00001 |

**DECLARATION OF CATHERINE L. ESCHBACH IN SUPPORT OF PLAINTIFF SPACEX'S OPPOSITION TO DEFENDANTS' MOTION FOR INDICATIVE RULING PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62.1**

Pursuant to 28 U.S.C. § 1746, I, Catherine L. Eschbach, declare as follows:

1. I am an attorney in Morgan, Lewis, and Bockius LLP's Houston, Texas office and represent Plaintiff Space Exploration Technologies Corp. ("SpaceX") in this matter. I am the Attorney-in-Charge under the local rules for this matter.

2. Attached as Exhibit 1 to this Declaration is a true and correct copy of email correspondence between myself and David Boehm, counsel for the Defendants, on May 16, 2024, about their proposed motion.

Executed on June 6, 2024, in Bolton Landing, New York.

_____
Catherine Lynn Eschbach