UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board,<br><br>    Defendants. | Civil Action No. 1:24-cv-00001 |

**[PROPOSED] ORDER DENYING DEFENDANTS' MOTION FOR INDICATIVE RULING PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 62.1 AND REQUEST FOR EXPEDITED BRIEFING AND DECISION**

Upon consideration of Defendants' Motion for Indicative Ruling Pursuant to Federal Rule of Civil Procedure 62.1 and Request for Expedited Briefing and Decision, [ECF-122] (the "Motion") and Plaintiff's Opposition to the Motion, it is hereby ordered that the Defendants' Motion is **DENIED**.

**SO ORDERED** on June ___, 2024

_____
Rolando Olvera
United States District Judge

1