UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> **Plaintiff,** <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board, <br><br> **Defendants.** | Civil Action No. 1:24-cv-00001 |

## MOTION TO WITHDRAW REPRESENTATION AND TERMINATE ELECTRONIC NOTICES

**PLEASE TAKE NOTICE** that Plaintiff SPACE EXPLORATION TECHNOLOGIES CORP. ("Plaintiff") moves to withdraw Amanda L. Salz of Morgan, Lewis & Bockius, LLP, from representation in the above-captioned case. Upon an Order being entered, it is further requested that the Clerk of this Court terminate delivery of electronic notices to Amanda L. Salz.

Ms. Salz is departing the law firm of Morgan, Lewis & Bockius, LLP, but Plaintiff will continue to be represented by other counsel of record from Morgan, Lewis & Bockius, LLP that have previously made an appearance in this matter, and no prejudice will result to any party as a result of this withdrawal. Therefore, Plaintiff moves the Court for an Order discharging Amanda

1

L. Salz as an attorney in this suit and granting such other relief as the Court may deem proper.

Dated: June 25, 2024                              Respectfully submitted,

                                                  By:    */s/ Amanda Salz*

                                                  **MORGAN LEWIS & BOCKIUS LLP**

                                                  Catherine L. Eschbach
                                                  Texas Bar No. 24097665
                                                  1000 Louisiana Street, Suite 4000
                                                  Houston, TX 77002-5006
                                                  catherine.eschbach@morganlewis.com
                                                  T. (713) 890-5719
                                                  F. (713) 890-5001

                                                  Harry I. Johnson, III (*pro hac vice*)
                                                  2049 Century Park East, Suite 700
                                                  Los Angeles, CA 90067-3109
                                                  T. (310) 907-1000

                                                  Michael E. Kenneally (*pro hac vice*)
                                                  Amanda L. Salz (*pro hac vice*)
                                                  1111 Pennsylvania Avenue, N.W.
                                                  Washington, DC  20004-2541
                                                  michael.kenneally@morganlewis.com
                                                  amanda.salz@morganlewis.com
                                                  T. (202) 739-3000

                                                  *Attorneys for Plaintiff*
                                                  *Space Exploration Technologies Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2024, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notification to all parties of record.

                                                  */s/ Amanda Salz*
                                                  Amanda Salz