# EXHIBIT A

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 24-40315
_____

Space Exploration Technologies, Corporation,

*Plaintiff—Appellant*,

*versus*

National Labor Relations Board, a federal administrative agency; Jennifer Abruzzo, *in her official capacity as the General Counsel of the National Labor Relations Board*; Lauren M. McFerran, *in her official capacity as the Chairman of the National Labor Relations Board*; Marvin E. Kaplan, *in his official capacity as a Board Member of the National Labor Relations Board*; Gwynne A. Wilcox, *in her official capacity as a Board Member of the National Labor Relations Board*; David M. Prouty, *in his official capacity as a Board Member of the National Labor Relations Board*; John Doe, *in his official capacity as an Administrative Law Judge of the National Labor Relations Board*,

*Defendants—Appellees*.
_____

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:24-CV-1
_____

ORDER:

No. 24-40315

IT IS ORDERED that Appellees' opposed motion to stay further proceedings in this court pending indicative ruling motion in the district court is DENIED.

　　　　　　　　　　　　　  /s/ Carl E. Stewart
　　　　　　　　　　　　　Carl E. Stewart
　　　　　　　　　　　　　*United States Circuit Judge*