UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br><br> **Plaintiff,** <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board, <br><br> **Defendants.** | Civil Action No. 1:24-cv-00001 |

**[PROPOSED] ORDER GRANTING PLAINTIFF SPACEX'S EMERGENCY MOTION TO VACATE THE COURT'S JULY 24, 2024 ORDER FOR LACK OF JURISDICTION AND REQUEST FOR RULING BY AUGUST 2, 2024, AND ALTERNATIVELY, UNOPPOSED MOTION TO STAY THE TRANSFER**

2

Upon consideration of Plaintiff's Emergency Motion to Vacate Reconsideration Order for Lack of Jurisdiction and Request for Ruling by August 2, 2024, based on the arguments contained therein, it is hereby ordered that the Motion is **GRANTED**.  The July 24, 2024 Order (Dkt. 131) is hereby vacated.

[Alternatively, this Court **ORDERS** that the transfer of this action to the Central District of California is stayed until 21 days after the mandate issues in Fifth Circuit No. 24-40315.]

**SO ORDERED** on _____, 2024

_____
Rolando Olvera
United States District Judge