# United States Court of Appeals for the Fifth Circuit

United States Courts
Southern District of Texas
FILED
*August 09, 2024*
Nathan Ochsner, Clerk of Court

United States Court of Appeals
Fifth Circuit
**FILED**
August 9, 2024
Lyle W. Cayce
Clerk

No. 24-40315

SPACE EXPLORATION TECHNOLOGIES, CORPORATION,

*Plaintiff—Appellant,*

*versus*

NATIONAL LABOR RELATIONS BOARD, A FEDERAL ADMINISTRATIVE AGENCY; JENNIFER ABRUZZO, *in her official capacity as the General Counsel of the National Labor Relations Board*; LAUREN M. MCFERRAN, *in her official capacity as the Chairman of the National Labor Relations Board*; MARVIN E. KAPLAN, *in his official capacity as a Board Member of the National Labor Relations Board*; GWYNNE A. WILCOX, *in her official capacity as a Board Member of the National Labor Relations Board*; DAVID M. PROUTY, *in his official capacity as a Board Member of the National Labor Relations Board*; JOHN DOE, *in his official capacity as an Administrative Law Judge of the National Labor Relations Board*,

*Defendants—Appellees.*

---

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:24-CV-1

---

## UNPUBLISHED ORDER

Before SMITH, STEWART, and OLDHAM, *Circuit Judges.*

No. 24-40315

PER CURIAM:

IT IS ORDERED that Appellant's emergency opposed motion to vacate the district court's July 24, 2024, order of transfer to the Central District of California is GRANTED, but without prejudice to the renewal of a motion to transfer, if appropriate, after issuance of the mandate in the current appeal of the effective denial of a preliminary injunction.

IT IS FURTHER ORDERED that Appellant's motion to stay district court proceedings is DENIED as unnecessary.

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

August 09, 2024

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 24-40315   Space Exploration Tech v. NLRB  
                   USDC No. 1:24-CV-1

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____  
Rebecca L. Leto, Deputy Clerk  
504-310-7703

Mr. David Paul Boehm  
Mr. Oliver J. Dunford  
Mr. Steven Engel  
Ms. Catherine Lynn Eschbach  
Mr. Harry Isaac Johnson III  
Mr. Michael E. Kenneally  
Mr. Brian Kulp  
Mr. Benjamin Storey Lyles  
Mr. Alexander Thomas MacDonald  
Mr. Michael H. McGinley  
Mr. Nathan Ochsner  
Mr. Kevin Ryan Palmer  
Mr. Joshua Martin Robbins  
Mr. Paul A. Thomas  
Mr. Amit Ramnik Vora