United States District Court
Southern District of Texas
**ENTERED**
March 26, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., "Plaintiff," § § § § | |
| v. § | Civil Action No. 1:24-cv-00001 |
| § NATIONAL LABOR RELATIONS BOARD, et al., "Defendants." § § § § | |

## ORDER

This Court incorporates and renews its July 24, 2024, Order (Dkt. No. 131). It is **ORDERED** that this case be transferred to the Central District of California 21 days from the filing of this order under 28 U.S.C. §1404(a) and §1406(a).

Signed on this 26th day of March, 2025.

Hon. Rolando Olvera
United States District Judge

1