Case 1:24-cv-00001   Document 143   Filed on 04/01/25 in TXSD   Page 1 of 1

United States District Court
Southern District of Texas
**ENTERED**
April 01, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP., <br> "Plaintiff," <br><br> v. <br><br> NATIONAL LABOR RELATIONS BOARD, et al., <br> "Defendants." | Civil Action No. 1:24-cv-00001 |

# ORDER

Before the Court is Plaintiff's "Emergency Motion to Vacate the Court's March 26, 2025 Order or, in the Alternative, Partially Unopposed Motion to Stay the Transfer, and Request for Ruling by April 4, 2025." (Dkt. No. 140) ("Motion"). This Court was under the mistaken belief that the mandate from the Fifth Circuit had already issued. Recognizing this error, and finding good cause, Plaintiff's Motion (Dkt. No. 140) is **GRANTED in part and DENIED in part**. This Court's transfer Order (Dkt. No. 139) is **STAYED** until April 28, 2025.

Signed on April 1, 2025.

_____
Rolando Olvera
United States District Judge