Case 1:24-cv-00001   Document 146   Filed on 04/21/25 in TXSD   Page 1 of 3

United States District Court
Southern District of Texas
**ENTERED**
April 21, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| SPACE EXPLORATION TECHNOLOGIES CORP.,<br><br>   **Plaintiff,**<br><br>   v.<br><br>NATIONAL LABOR RELATIONS BOARD, a federal administrative agency, JENNIFER ABRUZZO, in her official capacity as the General Counsel of the National Labor Relations Board, LAUREN M. McFERRAN, in her official capacity as the Chairman of the National Labor Relations Board, MARVIN E. KAPLAN, GWYNNE A. WILCOX, and DAVID M. PROUTY, in their official capacities as Board Members of the National Labor Relations Board, and JOHN DOE in his official capacity as an Administrative Law Judge of the National Labor Relations Board,<br><br>   **Defendants.** | Civil Action No. 1:24-cv-00001 |

### [PROPOSED] ORDER GRANTING PLAINTIFF'S UNOPPOSED EMERGENCY MOTION TO EXTEND THE STAY OF TRANSFER UNTIL THE FIFTH CIRCUIT MANDATE ISSUES

Upon consideration of Plaintiff's Unopposed Emergency Motion to Extend this Court's stay of the transfer of this case to the Central District of California, based on the arguments contained therein, it is ordered that the Motion to Extend Stay is **GRANTED**.

It is hereby **ORDERED** that this Court's transfer Order (Dkt. 139) is further **STAYED** until the Fifth Circuit issues the mandate in appeal No. 24-40315.

2

**SO ORDERED** on _____April 21_____, 2025.

_____
Rolando Olvera
United States District Judge

**Dated: April 17, 2025**

Unopposed as to Relief Requested,

*s/ David P. Boehm*
DAVID P. BOEHM
Trial Attorney
D.C. Bar No. 1033755 – pro hac vice
Email: David.boehm@nlrb.gov

*s/ Dalford D. Owens, Jr.*
DALFORD D. OWENS JR.
S.D. Tex. ID No. 1132540
State Bar No. 24060907
Email: Dean.Owens@nlrb.gov
*Attorney-in-Charge for Defendants*

1015 Half Street, S.E. - 4th Floor
Washington, DC 20003
Telephone: (202) 273-4202

*Attorneys for Defendants*

Respectfully submitted,

By:     *s/ Morgan A. McGreevy*

**MORGAN LEWIS & BOCKIUS LLP**
Morgan A. McGreevy
Attorney-in-Charge
Texas Bar No. 24125317
Southern District of Texas Bar No. 3739889
1000 Louisiana Street, Suite 4000
Houston, TX 77002-5006
morgan.mcgreevy@morganlewis.com
(713) 890-5143

Harry I. Johnson, III (*pro hac vice*)
2049 Century Park East, Suite 700
Los Angeles, CA 90067-3109
harry.johnson@morganlewis.com
(310) 907-1000

Michael E. Kenneally (*pro hac vice*)
1111 Pennsylvania Avenue, N.W.
Washington, DC  20004-2541
michael.kenneally@morganlewis.com
(202) 739-3000

*Attorneys for Plaintiff Space Exploration Technologies Corp.*